# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
**No. 19-795V**
Filed: October 5, 2026

| | |
|---|---|
| STEPHANIE HETRICK and JONATHAN HETRICK, *on behalf of* J.H., *a minor child*, | |
| Petitioners, | |
| v. | |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | |
| Respondent. | |

*Anne Toale, Esq.*, Maglio Christopher and Toale, Sarasota, FL, for petitioners.
*Camille Collett, Esq.*, U.S. Department of Justice, Washington, DC, for respondent.

## RULING ON ENTITLEMENT[1]

**Roth**, Special Master:

On May 30, 2019, Stephanie and Jonathan Hetrick ("Ms. Hetrick" and "Mr. Hetrick" or "petitioners") filed a petition on behalf of their son, J.H., pursuant to the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10 *et seq.*[2] ("Vaccine Act" or "the Program"). Petitioners allege that the measles, mumps, rubella, and varicella ("MMRV") and/or diphtheria-tetanus-acellular pertussis ("DTap") vaccines J.H. received on May 29, 2018, caused J.H. to suffer a Table encephalopathy, or alternatively, an off-Table claim of injury.[3] *See* Petition ("Pet."), ECF No. 1.

---

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioners have 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned finds that the identified material fits within this definition, such material will be redacted from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755 (1986). Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

[3] While petitioners have not filed an amended petition, based on petitioners' expert reports it appears that they are focusing on a diagnosis of febrile infection-related epilepsy syndrome ("FIRES") as a result of the MMRV vaccination. *See* Pet. Ex.19; Pet. Ex. 71.

Following careful review and analysis of the documentary evidence and testimony submitted in this case and in accordance with the applicable legal standards, I find that petitioners have satisfied their burden of showing by preponderant evidence that the MMRV vaccines J.H. received on May 29, 2018, caused his injuries. Accordingly, I find petitioners are entitled to compensation.

## I. Procedural History

The petition was filed on May 30, 2019. The process of filing medical records followed. ECF No. 1; Petitioners' Exhibits ("Pet. Ex.") 1-14, ECF Nos. 7-8, 12-14; Pet. Ex. 16, ECF No. 22.

Respondent's Rule 4(c) report was filed on January 21, 2020, in which respondent recommended against compensation. The case was reassigned to the undersigned for further proceedings. Expert reports were ordered thereafter. ECF No. 23; ECF No. 25; Non-PDF Scheduling Order, filed Jan. 24, 2020.

Petitioners filed an expert report and CV from neurologist Dr. John Gaitanis.[4] ECF Nos. 28-31, 33; Pet. Ex. 19, ECF No. 34. Medical records continued to be filed. Pet. Ex. 17-18, ECF No. 32. On October 29, 2020, petitioners filed medical literature cited in Dr. Gaitanis's report. Pet. Ex. 21-40, ECF Nos. 38-40.

Respondent filed an expert report and CV from neurologist Dr. Michael Kruer on April 20, 2021. ECF Nos. 41-43; Respondent's Exhibit ("Resp. Ex.") A, ECF No. 44. Petitioners filed a responsive report and medical literature from Dr. Gaitanis on July 21, 2021. Pet. Ex. 41-48, ECF No. 46. Respondent filed a responsive report from Dr. Kruer on December 21, 2021. ECF Nos. 47-50; Resp. Ex. C, ECF No. 51.

Petitioners filed additional medical records on January 28, 2022, and February 16, 2022. Pet. Ex. 49, ECF No. 52; Pet. Ex. 50, ECF No. 53. On March 24, 2022, petitioners filed medical literature cited in Dr. Gaitanis's second report. Pet. Ex. 51-64, ECF No. 56.

At a Rule 5 status conference held on May 12, 2022, it was recommended that the matter be resolved by the parties. The parties agreed to proceed on a dual track of litigation and settlement negotiations. ECF No. 57. Respondent subsequently filed status reports on June 14, 2022, and July 14, 2022, advising that he was considering his position for settlement negotiations. ECF Nos. 58-59. Petitioners filed additional medical records on July 26, 2022. Pet. Exs. 65-66, ECF No. 60.

In a status report filed on August 16, 2022, respondent advised that he would continue to defend this case and would be filing a report from a new expert. ECF No. 61. He filed an expert report and CV from infectious disease specialist Dr. Hayley Gans on January 19, 2023. ECF Nos. 62-64; Resp. Exs. D-E, ECF No. 65. Corresponding medical literature was filed on May 4, 2023. Resp. Exs. A1-A6, D1-D13, ECF Nos. 67-68.

[4] On October 17, 2020, petitioners filed a Motion to Strike Dr. Gaitanis's expert report due to typographical errors and omitted citations. ECF No. 35. The Motion was granted, and petitioners filed a corrected report on October 28, 2020. ECF Nos. 36-37.

Petitioners filed additional medical records on May 26, 2023, and a responsive expert report and CV from their immunologist Dr. Keller on June 30, 2023. Pet. Exs. 68-69, ECF No. 69; Pet. Exs. 71-76, ECF No. 71. Corresponding medical literature was filed on July 31, 2023. Pet. Exs. 77-97, ECF No. 72. Additional medical records were filed on September 18, 2023. Pet. Exs. 98-100, ECF No. 75.

Respondent filed supplemental reports from Dr. Kruer and Dr. Gans on September 28, 2023, and October 6, 2023, respectively. Resp. Ex. F, ECF No. 77; Resp. Ex. G, ECF No. 78.

Petitioners filed medical literature on October 24, 2023, and respondent filed medical literature on October 30, 2023. Pet. Exs. 101-103, ECF No. 79; Resp. Exs. G1-G2, F1, C1-C8, ECF Nos. 80-82.

The parties agreed to close the record in advance of the entitlement hearing in their October 30, 2023 status report. ECF No. 83. Petitioners filed additional medical literature on November 13, 2023. Pet. Exs. 104-106, ECF No. 84. The record was closed on November 14, 2023, with the exception of updated medical records. Non-PDF Order, filed Nov. 14, 2023.

The parties were unable to agree on the issues for the filing of a Joint Stipulation of Facts and Issues. Each filed their own proposed facts and issues to be determined. ECF Nos. 112-113.

A two-day entitlement hearing was held in Washington, DC on January 30 and 31, 2024.

As a result of the testimony at hearing by the respective experts, additional literature was filed on February 20 and 21, 2024. ECF Nos. 120-121. Additional evidence including supplemental expert reports was filed on February 21, 2024, March 13, 2024, and May 13, 2024. ECF Nos. 123-124, 128. The Record was officially closed on May 22, 2024. ECF No. 130. Additional medical records were filed on September 12, 2025. ECF No. 139.

This matter is now ripe for decision.

## II. Medical Terminology

NORSE (New Onset Refractory Status Epilepticus) is a condition, not a specific diagnosis. It is an onset of new refractory status epilepticus of unknown cause. Pet. Ex. 108 at 1. Status epilepticus ("SE") involves prolonged seizure activity of greater than five minutes if convulsive or greater than 10 minutes if non-convulsive, or repeated seizures without full recovery in between. When SE persists despite at least two standard anti-seizure medications, it is referred to as refractory status epilepticus ("RSE"). *Id.* at 1-2. Most cases of RSE are due to acute injury, like stroke or trauma for example, or serious medical illness. *Id.* at 2. In a minority of cases, RSE can appear "out of the blue" without acute or active structural, toxic, or metabolic cause in a healthy person without epilepsy. *Id.* If no cause is found despite extensive work up, these cases are referred to as NORSE. *Id.* at 2-3.

FIRES (Febrile Infection Related to Epilepsy Syndrome) is a catastrophic epilepsy syndrome, now considered a subcategory of NORSE.[5] FIRES requires a prior febrile event 24 hours to two weeks prior to onset of RSE with or without fever at the onset of SE. Pet. Ex. 47 at 7; Pet. Ex. 108 at 2. Onset occurs between four and nine years old in 73% of children diagnosed with FIRES. Pet. Ex. 47 at 7. The pathogenesis is unknown but is believed to be immune-mediated and/or caused by an inflammatory process. "The typical evolution of FIRES following a nonexceptional febrile event in the presence of pleocytosis[6] in the CSF [cerebrospinal fluid studies] of most patients could be suggestive of encephalitis." *Id.* at 8. No causative infectious agent has been identified. *Id.* The distinguishing feature in FIRES is the preceding fever. Everyone who has FIRES also has NORSE by definition. Pet. Ex. 108 at 3. FIRES is a severe epileptic encephalopathy subsequent to a mild, febrile event. Pet. Ex. 23 at 4.

MRI scans in FIRES may show leptomeningeal enhancement, bilateral claustrum hypersensitivity, or progressive mesial temporal lobe atrophy. Pet. Ex. 108 at 7. Cerebrospinal fluid studies ("CSF") and blood tests are typically performed to rule out infectious disease and known metabolic, infectious, autoimmune, and inflammatory conditions. Continuous electroencephalography ("EEG") monitoring is required to detect seizures which frequently become more subtle then undetectable during the course of the disease. *Id. See also* Pet. Ex. 106.

Succinctly, FIRES is an innate immune response or cytokine storm[7] resulting in a vicious cycle of inflammation resulting in RSEs. *See* Pet. Ex. 27.

## III. Factual Background

### A. Medical History

#### 1. J.H.'s Pre-Vaccination Medical History

J.H. was born on October 17, 2013, following a full-term pregnancy and cesarean section without complication. Pet. Ex. 4 at 268; Pet Ex. 6 at 4.

For the first four years, J.H.'s life was uneventful. By May 29, 2018, he was in pre-school and had reached all milestones. Pet. Ex. 2 at 2. He received the subject DTAP and MMRV vaccinations on that date. *Id.*

---

[5] NORSE was previously used for adults and FIRES for children. Pet. Ex. 108 at 3.

[6] Pleocytosis refers to the "presence of a greater than normal number of cells in the cerebrospinal fluid." "Pleocytosis," Dorland's Illustrated Medical Dictionary 1438 (33rd ed. 2020).

[7] In previous cases, petitioners have invoked, often unsuccessfully, the theory of vaccine-caused cytokine storms in other contexts. *See, e.g., Bohn v. Sec'y of Health & Hum. Servs.*, No. 16-0265V, 2021 WL 4302367 (Fed. Cl. Aug. 23, 2021) (involving SIDS and Hib, Prevnar, rotavirus, and Pediarix vaccines); *Whitesell v. Sec'y of Health & Hum. Servs.*, No. 17-1557V, 2022 WL 3081327, at *6 (Fed. Cl. July 12, 2022) (collecting cases) (involving SUID following Hep A, flu, varicella, and MMR vaccines). In other unsuccessful Program cases involving a theory of cytokine storm, a child or infant died from an unexplained cause. Here, there is an uncontested specific diagnosis of FIRES caused by a dysregulated innate immune response. This case is therefore distinguishable from other unsuccessful cases based upon a theory of cytokine storm and the outcome herein does not call into question any other case involving a cytokine storm.

### 2. J.H.'s Post-Vaccination Medical History

The following medical history is by no means intended to minimize the severity of J.H.'s ongoing condition following his vaccinations but rather to highlight the issues in this case.

Fourteen days post-vaccination, on June 12, 2018, J.H.'s six-year-old brother alerted his parents that J.H. had vomited and urinated in his bed. J.H. was found unresponsive. Emergency medical services were called. Pet. Ex. 107 at 4. His mother reported to responding EMS that J.H. had not been feeling well for two days and had a low-grade fever. *Id.* EMS noted that his eyes were open with fixed gaze, no response to pain, and no reflexes. *Id.*

J.H. was transported to the emergency department ("ED") at the Medical Center of South Arkansas. Pet. Ex. 107 at 4. He was admitted on June 13, 2018. Pet. Ex. 15 at 189. He remained unresponsive with nystagmus[8] and sluggish pupils. Pet. Ex. 10 at 42. CT was unremarkable. He was stabilized and airlifted to Arkansas Children's Hospital ("ACH"). *Id.* at 33; Pet. Ex. 5 at 2-4.

At ACH, his mom reported a mild fever. J.H. had not been feeling or eating well for the past two days. He had no fever that day. Pet. Ex. 5 at 1-2, 283. He was examined by Dr. Kirby and was observed to be having a generalized tonic-clonic seizure ("GTS")[9] with nystagmus and shallow breathing. Ativan,[10] Keppra,[11] and Zofran[12] were administered. *Id.* at 6.

A lumbar puncture ("LP") was negative for growth, meningitis, or viruses. A PCR[13] viral panel was negative. Pet. Ex. 5 at 5-6, 15, 283; Pet. Ex. 4 at 114; Pet. Ex. 5 at 15. There was no congestion, sore throat, cough, back pain, or neck stiffness. Pet. Ex. 5 at 3. Urodynamic and toxicology screens were negative. *Id.* at 333. There was no history of seizures. *Id.* Neurology consultation noted that he was responsive to pain. Ativan following a Keppra load was ordered. *Id.* at 2. He was transferred to the pediatric intensive care unit ("PICU"). *Id.* at 1, 336. He was afebrile. *Id.* at 5, 283. The neurologist thought his seizures were due to febrile illness. Pet. Ex. 5 at 320-21, 699-700.

---

[8] Nystagmus is the "involuntary, rapid, rhythmic movement of the eyeball." "Nystagmus," Dorland's Illustrated Medical Dictionary 1289 (33rd ed. 2020).

[9] A generalized tonic-clonic seizure is "the seizure of grand mal epilepsy, consisting of a loss of consciousness and generalized tonic convulsions followed by clonic convulsions." "Generalized Tonic-Clonic Seizure," Dorland's Illustrated Medical Dictionary 1660 (33rd ed. 2020).

[10] Ativan is the brand name for lorazepam, "a benzodiazepine with anxiolytic and sedative effects, administered orally . . . as a sedative-hypnotic agent . . . ; used also intravenously to control status epilepticus." "Lorazepam," Dorland's Illustrated Medical Dictionary 1060 (33rd ed. 2020); *see also* "Ativan," Dorland's Illustrated Medical Dictionary 170 (33rd ed. 2020).

[11] Keppra is the brand name for levetiracetam, "an anticonvulsant administered orally as an adjunct in the treatment of partial and myoclonic seizures and idiopathic generalized epilepsy." "Levetiracetam," Dorland's Illustrated Medical Dictionary 1018 (33rd ed. 2020); *see also* "Keppra," Dorland's Illustrated Medical Dictionary 967 (33rd ed. 2020).

[12] Zofran is the brand name for ondansetron, "a serotonin receptor antagonist with antiemetic actions; used for prevention of nausea and vomiting." "Ondansetron," Dorland's Illustrated Medical Dictionary 1303 (33rd ed. 2020); *see also* "Zofran," Dorland's Illustrated Medical Dictionary 2061 (33rd ed. 2020).

[13] PCR stands for "polymerase chain reaction," "a type of rapid nucleic acid amplification of specific DNA or RNA sequences, allowing small quantities of short sequences to be analyzed without cloning." "Polymerase Chain Reaction," Dorland's Medical Dictionary Online, https://www.dorlandsonline.com/dorland/definition?id=102447.

Video EEG conducted between June 15 and June 18, 2018, was suggestive of global encephalopathy of nonspecific etiology. There was right greater than left hemispheric focal interictal epileptiform discharges suggestive of a decreased seizure threshold. Greater than 30 focal seizures were captured, most having ictal onset from the right frontotemporal region. Each seizure lasted between one and six minutes with two prolonged seizures of 16- to 17-minute duration. There was no improvement of seizure activity despite multiple antiepileptic medications. There were occasional left temporal sharp waves mainly during sleep and left temporal interictal epileptiform discharges suggestive of an increased risk for focal epilepsy. Pet. Ex. 5 at 677-78, 699-700. An MRI with and without contrast while off medications to rule out lesions was unremarkable. *Id.* at 320-21, 699-700; Pet. Ex. 4 at 65.

Additional laboratory testing was negative for autoimmune encephalopathy. Pet. Ex. 5 at 291. A Gene Dx epilepsy panel was negative but for a TSC2 variant of uncertain significance. *Id.* J.H. had no features of tubular sclerosis ("TS") which the variant is associated with. *Id.* at 139-144.

J.H.'s seizures continued to worsen and Vimpat[14] was added along with Clonazepam and Fosphenytoin. Pet. Ex. 5 at 699. IVIG for suspected autoimmune encephalitis was started but the seizure activity continued. *Id.* at 267.

At a neurological follow up on June 19, 2018, Dr. Manbeck noted worsening intractable seizures that were increasing despite medications. The leading diagnosis was autoimmune encephalitis. Pet. Ex. 5 at 307-08, 329, 331. J.H. was receiving Keppra, Vimpat, Clonazepam, and phenobarbital. Fosphenytoin was discontinued. Phenobarbital loading was initiated with maintenance dosing during the day. However, seizures worsened. Versed infusion with titration and prednisone every six hours with tamper was ordered. Another MRI was to be done in five days. *Id.* at 11, 331-32. Pediatric neurologist Dr. Walters ordered intubation before the Versed infusion. *Id.* at 314.

Following five days of plasmapheresis beginning on June 21, 2018, breakthrough seizures continued. Pet. Ex. 5 at 315, 239. An MRI on June 22, 2018, showed borderline diffuse gray matter and sulcal FLAIR hyperintensity likely from the seizures and oxygen deprivation. *Id.* at 8. Seizures continued despite a ketogenic diet, IVIG, PLEX, and steroids. *Id.* at 310. Dr. Walter's diagnosis was FIRES/NORSE.

J.H. remained in the PICU in a ketamine-induced coma with pentobarbital burst for refractory seizures. On July 4, 2018, there had been no seizures recorded since June 30. Pet. Ex. 5 at 6-7, 105. However, he developed streptococcus pneumonia requiring mechanical ventilation. *Id.* at 5. His diagnosis was FIRES and status epilepticus with acute encephalopathy. *Id.* An order to wean pentobarbital was entered. Ketamine, Keppra, and Vimpat were to continue. *Id.* at 7-8, 68.

[14] Vimpat is the brand name for lacosamide, "an anticonvulsant used as an adjunct in the treatment of partial seizures." "Lacosamide," Dorland's Illustrated Medical Dictionary 983 (33rd ed. 2020); *see also* "Vimpat," Dorland's Illustrated Medical Dictionary 2026(33rd ed. 2020).

On July 5, 2018, Dr. Gabriel consulted with specialists Drs. Anderson and Muscal at Texas Children's Hospital about adding Anakinra[15] for FIRES. Drs. Anderson and Muscal had successfully used Anakinra in seven patients resulting in a reduction of seizures. Notably, there was only one published case report of its use, but Dr. Muscal was working on publishing a case series about the seven cases along with 33 others outside the United States. Pet. Ex. 4 at 317. Side effects including DRESS (Drug Rash with Eosinophilia and Systemic Symptoms) and HLH[16] (Hemophagocytic Lymphohistiocytosis) were discussed with J.H.'s mother. Anakinra could not be started during active infection, so they needed to wait for the pneumonia to clear. *Id.*

Dr. Sukumaran was consulted for initiation of Anakinra. Pet. Ex. 5 at 322. He noted that J.H. was a normal healthy four-year-old child found unresponsive with a suspected diagnosis of FIRES. *Id.* at 325. Dr. Sukamaran considered additional invasive studies such as biopsies for inflammatory versus metabolic causes, infectious disease and genetic workup for FIRES-associated genes and other genetic causes, or an MRA of the brain with additional laboratory studies if treatment did not work. He confirmed there was an adequate supply of Anakinra with the in-house pharmacy and anticipated three weeks of trial Anakinra treatment. *Id.*

J.H. was transferred to the PICU at Texas Children's Hospital on July 9, 2018, with a diagnosis of FIRES, supra-refractory status epilepticus, and strep with respiratory failure. He was ventilator dependent. Pet. Ex. 7 at 367-69. Dr. Orellana noted a previously healthy child, found unresponsive on June 12, 2018, and diagnosed with new onset seizures. *Id.*

Drs. Shah, Risen, and Sato of the neurology department summarized J.H.'s full medical history and current medications which included pentobarbital infusion, Keppra, and Vimpat. Pet. Ex. 7 at 377. Dr. Risen ordered additional testing, medications, and a ketogenic diet. *Id.* at 381.

On July 10, 2018, Dr. Muscal examined J.H., noting four weeks of super-refractory status epilepticus ("SRSE") with phenobarbital. His testing was negative for metabolic and infectious disease. The diagnosis was FIRES. Pet. Ex. 7 at 390, 407. Further testing ensued prior to starting Anakinra on July 12, 2018, in conjunction with a ketogenic diet, Epidiolex, AEDs (antiepileptic drugs) and early palliative care. Pet. Ex. 7 at 392-93, 44-54, 230, 405, 407, 580, 641. Seizure control was reached until July 23, 2018, when an attempt at phenobarbital weaning was instituted.

An immunology consultation on July 27, 2018, was inconclusive due to antiepileptic medications which suppress B cells. However, prior to starting Anakinra, basic cell studies showed T, B, and NK cells to be low with a lower percentage of B cells and larger percentage of T cells. Pet Ex. 7 at 447, 450-451. A B-cell subset panel and lymphocyte proliferation studies were ordered. *Id.* The B-cells panel was normal. *Id.* at 502.

---

[15] Anakinra is "a recombinant, nonglycosylated form of the human interleukin-1 receptor antagonist, used as an anti-inflammatory." "Anakinra," Dorland's Illustrated Medical Dictionary 70 (33rd ed. 2020).

[16] Hemophagocytic lymphohistiocytosis, or HLH, is "any of several closely related disorders involving both lymphocytosis and histiocytosis, with excessive hemophagocytosis in the lymphoreticular system or the central nervous system; they are usually seen in children secondary to infection and are often fatal; they can also be secondary to rheumatologic or other conditions, or can be familial." "Hemophagocytic Lymphohistiocytosis," Dorland's Illustrated Medical Dictionary 1071 (33rd ed. 2020).

A repeat EEG showed improvement but was still abnormal. Pet. Ex. 7 at 441, 470. J.H. had not had a seizure since July 30, 2018. Phenobarbital weaning was again attempted on August 8, 2018. He started to move his extremities and spontaneously opened his eyes. *Id.* at 493. ENT services were consulted for possible tracheotomy if he could be extubated. *Id.* at 494, 502. But attempts to extubate failed twice and J.H. underwent operative laryngoscopy and bronchoscopy. Epiglottic edema and right lung collapse were noted on x-ray. *Id.* at 517, 527. A consult for gastrostomy tube placement to coincide with tracheostomy was conducted with the hopes of improving his rehabilitation potential. *Id.* at 517, 527, 532. Tracheostomy and gastrostomy tube placement were successfully performed on August 23, 2018. *Id.* at 542-47.

J.H. slowly awoke, making eye contact and watching T.V. Pet. Ex. 7 at 536. Medications included clonidine patch, phenobarbital, lacosamide, Keppra, Epidiolex, melatonin, Anakinra, and a ketogenic diet. *Id.* at 540.

An MRI on August 16, 2018, showed severe diffuse intracranial volume loss, mild periventricular gliosis, and diffuse edema of the bilateral fornix and muscles of mastication possibly due to disuse. Pet. Ex. 7 at 539.

Physical medicine and rehabilitation assessments documented that J.H. mouthed words unintelligibly, his facial expressions did not match the setting, and he had intermittent crying. He was unable to follow commands, had an inconsistent and disjunctive gaze and face asymmetry. His pupils were normal and reactive, and he had tight heels and hamstrings. Pet. Ex. 7 at 560. Physical and occupational therapies were ordered. A speech therapy consult was ordered for swallow evaluation and cognition. *Id.* at 553. AFOs and custom equipment were likely to be needed. *Id.*

By the middle of September 2018, J.H. was becoming more interactive, speaking phrases and moving. Pet. Ex, 7 at 599. He had been seizure free since September 2, 2018. Weaning from phenobarbital resumed. *Id.* at 604. A sleep study was unremarkable with no seizures on EEG. *Id.* at 644.

J.H. was transferred to inpatient rehabilitation at Texas Children's on October 2, 2018, for functional decline secondary to FIRES with multiple antiepileptic medications and Anakinra, gastro and trach, impaired mobility, cognitive, and communication skills with dysphagia. Pet. Ex. 7 at 669.

Neuropsychiatric evaluation noted a previously normal, healthy, four-year-old boy who was running, jumping, climbing, coloring, and using scissors and utensils with no communication concerns. He was fully toilet trained and in preschool/daycare with no sleep issues. He could recite the alphabet, recognize letters, recite numbers up to 20, and recognize written numbers. He knew his shapes and colors. He had no behavior issues, was outgoing, and liked to make people laugh. He was reportedly easygoing with friends, had normal activity levels, and would have short emotional outbursts if he felt something was unfair which were easily resolved. Pet. Ex. 7 at 683.

He was now reported to be "in his own world" and minimally responsive. He did not consistently communicate, but verbalization was increasing and he was responsive to

environmental cues. He seemed to recognize his name, was inconsistent in following commands, had started nodding yes or no, thumbs up or thumbs down, but not always with intention. He would respond by pushing away from undesired stimuli and was beginning to roll over but could not walk. He could move extremities with assistance. The medications affected his mood and personality, but he was noted on occasion to imitate his father's funny faces and tried to make others laugh. Pet. Ex. 7 at 683.

J.H. has FIRES and major neurocognitive disorder due to FIRES with behavioral disturbances. He participated in extensive therapies along with his family over the years for dysphasia and extensive disability. He was followed by his pediatrician, rheumatologist, and neurologist, and maintained on Anakinra and a ketogenic diet. Pet. Ex. 7 at 714, 726-728, 753; Pet. Ex. 4 at 7-10, 3-5, 103; Pet. Ex. 16 at 150, 158. He made gains physically and began using more minimal assistance. Pet. Ex. 9 at 67; Pet. Ex. 16 at 127. Phenobarbital weaning continued and he was seizure free. *Id.* He started a developmental preschool with the intention of attending kindergarten in August of 2020. Pet. Ex. 16 at 111-112. He was hospitalized in June of 2021 with seizures from an illness. Phenobarbital resumed. Pet. Ex. 17 at 8, 12; Pet. Ex. 18 at 10. He continued to have breakthrough seizures. A vagus nerve stimulator ("VNS") for seizure control was placed. Pet. Ex. 50 at 224. He was able to attend elementary school with an IEP in place and received OT, PT, and speech and language therapies at school. He used orthotics due to spasticity and ongoing gait abnormalities. The working diagnosis remained FIRES with intractable epilepsy. Pet. Ex. 68 at 61, 88-89, 145; Pet. Ex. 66 at 9.

Updated medical and school records for 2025-26 include an 11-year-old child in 5th grade with a diagnosis of FIRES, spasticity, developmental and intellectual delays, and seizures. J.H. requires services for reading, writing, math, and adaptive behavior. He also receives related services for speech, language, OT, and PT. *See* Pet. Exs. 120-121. He continues to be treated at Arkansas Children's Hospital. While he has made improvements, he continues to suffer severe disabilities and requires constant supervision and care for FIRES. Pet. Exs. 118-119.

### B. Affidavits of Petitioners Stephanie and Jonathan Hetrick

Both affidavits affirm the same: J.H. received a vaccine set forth on the Vaccine Injury Table, administered in the United States, and sustained injuries lasting longer than six months. No award or settlement of a civil action for damages for such vaccine-related injury has previously been collected. Pet. Exs. 11-12.

## IV. Issues to Be Determined

Petitioners initially alleged a Table encephalopathy following MMRV vaccine. Respondent disagreed that J.H. meets the QAI for Table encephalopathy. He argued that a Table encephalopathy requires a significant decreased level of consciousness for at least 24 hours within the five to 15 days following receipt of the MMR vaccine. However, once J.H.'s level of consciousness persisted, it was shown to be the result of status epilepticus and not encephalopathy. Respondent's Report, ECF No. 23 at 12. Further, J.H. did not have a seizure associated with his lack of consciousness. *Id.* Finally, the diagnosis of FIRES is an unrelated cause and an exclusion

to a Table encephalopathy. *Id.* Petitioners later alleged that J.H. suffered FIRES as a result of the MMRV vaccine.

The parties dispute all three prongs of *Althen.*

## V. The Experts

### A. First Report of Petitioners' Expert, Dr. John Gaitanis[17]

Dr. Gaitanis described FIRES as a rare condition affecting about one in one million children. FIRES is a subcategory of NORSE, which refers to status epilepticus refractory to treatment without a clear etiology and in patients with no prior history of epilepsy or other neurological conditions. The onset of FIRES includes a prior febrile illness between 24 hours and two weeks prior to the development of status epilepticus. In contrast to viral or bacterial encephalitis in which a viral or bacterial infection invades the central nervous system, FIRES is immune-mediated or proinflammatory with no infectious cause for the fever. Any immunologic trigger can incite the condition, including immunization. Pet. Ex. 19 at 4.

Dr. Gaitanis explained that FIRES follows three phases: a simple febrile illness that ends; focal seizures accompanied by loss of consciousness with rapidly increasing seizures evolving into status epilepticus; then drug-resistant epilepsy with neuropsychological impairment. Pet. Ex. 19 at 4; Pet. Ex. 23. Initial EEGs reveal frontal temporal and frontoparietal seizures which evolve into multifocal and bilateral seizures. CSF studies include pleocytosis. MRIs reveal hippocampal abnormalities. Follow-up MRIs show generalized atrophy. Pet. Ex. 19 at 5; Pet. Ex. 23.

Dr. Gaitanis noted J.H. to be a four-and-a-half-year-old child who developed a headache and fever 12 days after receipt of the DTap-IPV and MMRV vaccinations. Two days later, he was found unresponsive and developed status epilepticus followed by global developmental delays and intractable epilepsy. Pet. Ex. 19 at 1-2, 5. His initial MRI showed hippocampal edema. Later MRIs showed global atrophy. Extensive work up, including lumbar puncture, found no infectious etiology. Genetic and metabolic testing were unrevealing. J.H. improved with Anakinra, which is an IL-1 blocker, IVIG, and plasmapheresis, suggesting inflammatory etiology. *Id.* at 5.

Dr. Gaitanis explained that FIRES is thought to be immune-mediated or inflammatory due to the fever, with encephalitis-like presentation in the absence of infectious etiology. Pet. Ex. 19 at 5; Pet. Exs. 21, 27. New onset epilepsy and acute encephalitis are distinguishable from FIRES because they are unlikely to develop as refractory status epilepticus lasting weeks. Acute

[17] Dr. Gaitanis earned his MD from Brown Medical School in 1996. He completed his Residency in Pediatrics at the University of Rochester Medical School in 1998 and his Residency in Neurology at Harvard Medical School in 2001. Dr. Gaitanis completed a fellowship in epilepsy and clinical neurophysiology at Harvard Medical School in 2002. He was board certified in neurology with a special qualification in child neurology from 2002 to 2012 and in clinical neurophysiology from 2003 to 2013. He is currently licensed to practice medicine in Rhode Island and Massachusetts. He is currently an associate professor of neurology and pediatrics (clinical) at Brown University and Hasbro Children's Hospital, where is also serves as the Director of Pediatric Epilepsy and the Director of Invasive Pediatric Epilepsy Monitoring. *See generally* Pet. Ex. 20.

encephalitis has a latency phase before the development of epilepsy. Whereas the seizures in FIRES persist immediately following the acute phase of illness. Pet. Ex. 19 at 5; Pet. Ex. 29.

Dr. Gaitanis explained further that there are 33 known cytokines, called interleukins. Pet. Ex. 19 at 5; Pet. Ex. 31. Cytokines and chemokines are either pro-inflammatory or anti-inflammatory. Fever produces both pro-inflammatory (IFN-y, IL-6 and IL-8) and anti-inflammatory (IL-10 and IL1Ra) cytokines. *Azab* found serum levels of pro-inflammatory cytokine IL-6 significantly elevated in children with febrile seizures when compared to the control group. Pet. Ex. 19 at 5; Pet Ex. 32. *Kaluef* found strong convulsive properties when IL-6 was administered to animal models. Pet. Ex. 19 at 5-6; Pet. Ex. 33. *Heida* found higher levels of the proinflammatory cytokine IL-1β in the hippocampus and hypothalamus of animals with febrile seizures, when compared to those without febrile seizures. Pet. Ex. 19 at 6; Pet. Ex. 34. *Sahin* found the anti-inflammatory cytokine, IL -10, to be reduced in children with febrile seizures. Pet. Ex. 36. *Sakuma* reported an overproduction of proinflammatory cytokines and chemokines in children with FIRES not found in the CSF of the control group with other inflammatory and non-inflammatory neurological conditions. Pet. Ex. 19 at 5; Pet. Ex. 30. These studies provide strong support for a connection between proinflammatory cytokines and the development of FIRES. Pet. Ex. 19 at 6. Further, experimental animal studies show that when proinflammatory cytokines are introduced to healthy animals resulting in seizures, the cytokine alterations are the direct cause of the seizures rather than being an effect of the seizures. Genetic variations in cytokine pathways may play a role in predisposing patients to FIRES. Pet. Ex. 19 at 6; Pet. Ex. 35.

Dr. Gaitanis discussed a clinical trial being done at the Mayo Clinic involving FIRES patients between the ages of four and six measuring the normal range of immune responses of circulating cytokines and chemokines before and after receipt of MMRV vaccination:

> "These data will define a range of normal responses that can be used to help us understand pathogenic mechanisms in children who do not respond normally to infections. In addition, this study will test the hypothesis that genetic polymorphisms in the interleukin-1 receptor antagonist gene are associated with differential inflammatory responses across the healthy spectrum." The study description goes on to say that "[s]ince it is known that about 30% of children develop a fever within [10-14 days after vaccination], it is expected that the size of the change in inflammatory factors in each child will reflect a Gaussian distribution, with 'high responders' and 'low responders' centered on a mean response." Finally, "based on recent findings showing that some children with acute seizure disorders exhibit previously unknown genetic polymorphisms in the interleukin-1 receptor antagonist (ILlRA) gene that are associated with altered immunological function, the investigators have hypothesized that normal healthy children will exhibit a spectrum of IL1RA function that will correlate with the size of their response to vaccination."

Pet. Ex. 19 at 6. A link to the study was provided in the report.

Dr. Gaitanis asserted that the causal role of inflammation and aberrant immune response in FIRES has resulted in the use of anti-inflammatory therapies including first line therapies (e.g., steroids, intravenous immunoglobulins (IVIG), and plasma exchange) and second-line therapies (e.g., tacrolimus, rituximab, cyclophosphamide, and Anakinra) as well as other anti-inflammatory components including a ketogenic diet, cannabidiol, and hypothermia. Pet. Ex. 19 at 6. *Gaspard* reported 225 cases of cryptogenic FIRES patients who received immune therapies in the acute or the chronic phase, but no randomized controlled trial had taken place. *Id.*; Pet. Ex. 29.

J.H.'s therapies included IVIG, steroids, plasmapheresis, ketogenic diet, cannabidiol, and Anakinra with most significant improvement following Anakinra, a recombinant interleukin-1 (11-1) receptor antagonist inhibiting the biological actions of lnterleukin-1β ("IL-1β"). Dr. Gaitanis cited a case report of a 32-month-old FIRES patient who received Anakinra twice a day with unsuccessful attempts at weaning following six months of being seizure free. This report supports the role of IL-1β in the pathophysiology of FIRES. Pet. Ex. 19 at 7; Pet. Ex. 44. CSF and serum testing of FIRES patients show marked upregulation of proinflammatory cytokines which supports inflammation as the pathogenesis of this condition. Pet. Ex. 19 at 7; Pet. Ex. 30. *Saitoh* identified an association between FIRES and polymorphisms in the IL-1 receptor antagonist gene. Pet. Ex. 19 at 7; Pet. Ex. 35.

Dr. Gaitanis cited *Dubé* to show that cytokines, including the pyrogenic proinflammatory IL-1β, play a role in the etiology of febrile seizures as demonstrated in IL-1β-receptor-deficient mice which are resistant to experimental febrile seizures. Pet. Ex. 24. Genetic susceptibility is mediated by the interferon-stimulated gene IF144L in MMR-related febrile seizures. IF144L negatively modulates interferon responses, and its expression is upregulated after measles virus infection. Pet. Ex. 19 at 7; Pet. Exs. 25, 26. The risk of febrile seizures following MMRV vaccine is at its highest between eight to 14 days following vaccination, the same period in which J.H. experienced seizures. Pet. Ex. 19 at 7; Pet. Ex. 22.

Therefore, Dr. Gaitanis reasoned that, since cytokines play a role in febrile seizures and FIRES, a shared pathophysiological mechanism may exist for both: "The immunologic mechanisms are similar, so the latency period to generate that immunological response should also be the same." Pet. Ex. 19 at 7. MMRV vaccination is known to trigger acute disseminated encephalomyelitis (ADEM), a similar neuro-immunological condition to FIRES, with a similar latency period between vaccination and onset. *Id.*; Pet. Ex. 38.

Dr. Gaitanis concluded, based on the pathophysiology of FIRES and the MMRV vaccine's capacity to induce fever and seizures, it is more likely than not that the primary inciting factor for J.H.'s development of FIRES was the MMRV vaccine. Pet. Ex. 19 at 7. The MMRV is a live vaccine for measles, mumps, rubella, and varicella. It has the capacity to induce fever and seizures because it mimics the immune activation of a febrile infection. This causes some children who receive the vaccine to experience fever and febrile seizures. Here, "all infectious disease studies had been negative, but [J.H.] had received vaccinations two weeks prior to the onset of seizures." Pet. Ex. 19 at 7; Pet. Ex. 5 at 11. J.H. also had negative metabolic and genetic testing and did not respond to anti-epileptic treatment but did improve with immunomodulatory treatment. All this further supports an immunological basis for his FIRES. "This, coupled with the time course of his presentation, lack of other plausible etiologies, and the known ability of MMRV vaccine to cause

fever and febrile seizures, makes it more likely than not that the immunizations administered on 5/29/2013 contributed to the development of [J.H.'s] FIRES, his resulting epilepsy, intellectual delays, and motor impairments." Pet. Ex. 19 at 8.

### B. First Report of Respondent's Expert, Dr. Michael Kruer[18]

Dr. Kruer wrote that J.H. was a previously healthy child who, 12 days following vaccination, developed a fever and new onset seizures. He was treated with antiepileptic medications and immunotherapies including IVIG and plasmapheresis which failed to suppress his seizures and was diagnosed with FIRES. He was then treated with ketamine and pentobarbital which were ultimately weaned in September 2018. No infectious or autoimmune etiology was identified. Whole exome sequencing was unrevealing. Anakinra was associated with equivocal improvement. Resp. Ex. A at 1.

Dr. Kruer described FIRES as a clinical syndrome of abrupt onset aggressive epilepsy syndrome, often treatment resistant, with intractable status epilepticus that lasts for days or weeks, a pattern of evolution on neuroimaging, and significant residual cognitive and behavior effects. Resp. Ex. A at 2; Pet. Ex. 47; Resp. Exs. A-2. He asserted that FIRES is inflammatory. Resp. Ex. A at 2; Resp. Ex. A-3. FIRES is similar to autoinflammatory diseases where an immune defect emerges with inflammation and sometimes fever in the absence of any infectious or preceding trigger. Resp. Ex. A at 2; Resp. Ex. A-4.

Dr. Kruer added that a recent study assessed whole exome sequencing in 50 patients with FIRES with no consistent genetic cause identified. This does not mean there is no genetic cause but that no unified genetic etiology has presented itself. Resp. Ex. A at 3; Resp. Ex. A-5.

Dr. Kruer disagreed that the vaccinations in this case "must be the cause" of J.H.'s FIRES because FIRES can emerge with no infection, vaccination, or genetic findings. Resp. Ex. A at 3. To that end, Dr. Kruer asserted that, despite evidence that FIRES is inflammatory, the cause of the inflammation is unknown. Anakinra treatment may be, but is not always, effective and IL-1β levels are not always elevated in FIRES. *Id.* at 3; Pet. Ex. 42. He found the Mayo Clinic study intriguing but noted that it has not yet been concluded. Resp. Ex. A at 3.

Dr. Kruer concluded that there is a lack of evidence to support immunizations as a precipitant of FIRES, but the corollary is also true. He admitted that FIRES is incompletely understood. Therefore, the association is theoretically possible, but has not been demonstrated scientifically, only temporally. This only shows a correlation, not the "plausible causation"

---

[18] Dr. Kruer received his MD with Distinction in Research from the University of Arizona College of Medicine in 2004. He completed his Residency in Pediatrics at the Phoenix Children's Hospital in 2007. He completed a post-doctoral fellowship in Molecular Neurogenetics at Oregon Health and Science University in 2011. He is currently licensed to practice medicine in Arizona and is board certified in Pediatrics, Neurology with a Special Qualification in Child Neurology, and Neurodevelopmental Disabilities. He is currently an associate professor in the Departments of Child Health, Cellular and Molecular Medicine, and Neurology at the University of Arizona and the Director of the Cerebral Palsy and Pediatric Movement Disorders Program as well as an attending neuroimmunologist at the Barrow Neurological Institute at Phoenix Children's Hospital. *See generally* Resp. Ex. B.

necessary to satisfy the first *Althen* prong. Therefore, J.H.'s vaccinations were not the "more likely than not" cause for his FIRES. Resp. Ex. A at 4.

### C. Second Report of Petitioners' Expert, Dr. Gaitanis

In his second report, Dr. Gaitanis addressed Dr. Kruer's opinions. Pet. Ex. 41 at 1. He noted that Dr. Kruer agreed J.H. had FIRES. He reiterated that FIRES is overwhelming inflammation in response to a minor infection. "[T]he frequent occurrence of a mild febrile illness in the days preceding seizures, the presence of inflammatory markers in the cerebrospinal fluid . . . , and genetic polymorphisms in genes coding for immunomodulatory proteins of patients with NORSE and FIRES suggest that [FIRES] might be due to an excess of pro-inflammatory molecules in the brain." Pet. Ex. 41 at 2.

Dr. Gaitanis agreed that therapies like Anakinra, a recombinant IL-1 receptor antagonist, Tocilizumab, an IL-6 receptor blocking humanized antibody, and cannabinoids have only been used in case reports and small case series. But he argued that the success of these treatments shows that FIRES and NORSE are likely immune mediated. Pet. Ex. 41 at 3. He cited additional literature on FIRES which supports the potential role for IL-1β and Anakinra. *Clarkson* reported elevated levels of endogenous IL1RA and IL-1β in the serum and CSF of FIRES patients, with three patients showing attenuated inhibition of IL1R signaling. *Id.* at 2; Pet. Ex. 46. *Lai,* the largest international retrospective trial on Anakinra for FIRES treatment, included 25 children and showed that, the earlier Anakinra is started, the shorter the duration of mechanical ventilation, ICU, and hospital stays. Pet. Ex. 41 at 4; Pet. Ex. 42. In *Kenny-Jung,* CFS analysis showed elevated proinflammatory cytokines that normalized after Anakinra treatment. Pet. Ex. 41 at 4; Pet. Ex. 37. *Delina* showed a reduction in relapses of recurrent refractory seizures after Anakinra treatment following FIRES onset. Pet. Ex. 41 at 5; Pet. Ex. 43. J.H. was refractory to antiseizure medication with uncontrolled seizures until Anakinra was added, suggesting that immunomodulation improved his outcome and that an immunologic mechanism was the cause of his condition. Pet. Ex. 41 at 5. Dr. Gaitanis conceded that FIRES is multifactorial and there is a lot to learn about treatment, but the literature and his own experience suggest that immunomodulatory therapies are most effective and that standard antiseizure medications do not work. *Id.* at 5.

Dr. Gaitanis agreed the Mayo study has not been completed but is designed to examine the role of inflammation and innate and adaptive immune systems in generating seizures. As it stands, the study confirms the immunological hypothesis of FIRES "broadly supported by experts in the field." Pet Ex. 41 at 5. Further, the use of the MMR vaccine in studying the effects on cytokine responses "demonstrates the plausibility and reliability of the medical theory advanced in this case, that vaccines can lead to exaggerated cytokine responses and seizure development, in some individuals." *Id.* at 6.

Dr. Gaitanis asserted that his discussion of the pathophysiology of FIRES and its relationship to the immunologic effects of vaccination and seizures satisfies Prong I. The connection between FIRES and the MMRV vaccine is based on the shared pathophysiology of cytokine responses and the time course for immune-mediated disease for both. Further, the pathophysiology and time course of exposure in FIRES resembles ADEM and febrile seizures following MMRV with peak occurrence within one to two weeks following vaccination. Pet. Ex.

41 at 1, 4-5; Pet. Exs. 22, 38. Therefore, it is more likely than not that the MMRV vaccine J.H. received contributed to his FIRES with onset of fever followed by seizures within 12 days of vaccination. Pet. Ex. 41 at 2-4.

**D. Second Report of Respondent's Expert, Dr. Kruer**

In a second report, Dr. Kruer addressed Dr. Gaitanis's opinions. Resp. Ex. C at 1. He agreed J.H. has FIRES based on clinical features, imaging, and laboratory results. *Id.* He agreed that FIRES has an immunologic basis but noted that it is distinct from both demyelinating disorders and autoimmune encephalitis. *Id.*; Resp. Ex. C-1.

He disagreed that FIRES must be preceded by infection or vaccination, although some patients have reported immunizations prior to developing FIRES. He asserted that *Kramer* shows the majority of patients do not have an infection or vaccination preceding the onset of FIRES which means neither is necessary or sufficient for FIRES to develop. Resp. Ex. C at 2; Pet. Ex. 47. He agreed that vaccinations have been associated with the increased risk of various outcomes, but that a temporal relationship is insufficient for causation. Resp. Ex. C at 3.

Dr. Kruer agreed that abnormal cytokine profiles have been observed in children with FIRES, supporting a neuro-immunologic basis for the disease. As for genetic underpinnings, he noted that *Saitoh* only found evidence of a haplotype[19] associated with FIRES, not a specific variant, which does not unequivocally indicate that cytokine abnormalities have a genetic basis. Resp. Ex. C at 3; Pet. Ex. 35.

He disagreed that febrile seizures and FIRES are the same despite both featuring seizures and changes in the cytokines. Resp. Ex. C at 3; Resp. Exs. C-6, C-7. He agreed that the pathophysiology of FIRES appears to represent immune activation or a "cytokine storm." He asserted that ADEM is a demyelinating disorder which also features autoreactive T and B cells that cross react with brain and spinal cord antigens. However, FIRES does not respond to treatment that is effective in treating demyelinating or autoimmune disorders like ADEM or autoimmune encephalitis. They are "distinct disorders with important differences between them." Resp. Ex. C at 3-4; Resp. Ex. C-8.

Dr. Kruer disagreed that J.H. responded to IVIG, plasmapheresis, and Anakinra. He cited to the record as showing that IVIG was started on June 17, 2018, plasmapheresis on June 21, 2018, and Anakinra on July 9, 2018, but that the seizures remained uncontrolled and J.H. was not stable enough for transfer to an inpatient rehab center until October 2, 2018. Resp. Ex. C at 4.

Dr. Kruer concluded that "[t]he association of vaccination and FIRES is neither necessary nor sufficient to demonstrate a causal relationship, and the evidence that has been presented is inadequate to indicate otherwise." Resp. Ex. C at 4.

[19] A haplotype is "a set of alleles of a group of closely linked related genes on one chromosome of an individual, usually inherited as a unit." "Haplotype," Dorland's Illustrated Medical Dictionary 811 (33rd ed. 2020).

### E. Third Report of Petitioners' Expert, Dr. Gaitanis

In his third report, Dr. Gaitanis agreed that FIRES is different from other demyelinating disorders and autoimmune encephalitis, but all are immunologically based neurological conditions sharing similarly presenting symptoms. For example, autoimmune encephalitis and FIRES present with seizures and status epilepticus. Pet. Ex. 51 at 1. Elevated levels of proinflammatory cytokine IL-6 are implicated in FIRES and anti-NMDAR autoimmune encephalitis. *Id.;* Pet. Ex. 30, 52. $GABA_A$R antibodies have been implicated in FIRES and autoimmune encephalitis. Pet. Ex. 51 at 1; Pet. Exs. 53, 61. *Tan* described the overlapping pathophysiology of FIRES and autoimmune encephalitis. Pet. Ex. 51 at 1-2; Resp. Ex. C at 7.

He defended his reliance on *Saitoh* and its attempt to identify whether genetic factors played a role in predisposing certain patients to FIRES. *Saitoh* found that the RN2 allele of IL1RN occurred more frequently in FIRES than in controls. Its presence showed reduction of IL1RN mRNA expression but increased IL-1β expression, suggesting that IL-1β confers susceptibility to excessive brain inflammation leading to FIRES. The findings support the theory that genetic variations predispose some patients to brain inflammation and FIRES and provided further evidence for the role of IL-1β expression in the pathogenesis of FIRES. Pet. Ex. 51 at 2; Pet. Ex. 35.

Dr. Gaitanis disagreed that the cytokine responses in FIRES and febrile seizures were different. *Gallentine* showed that children with febrile status epilepticus have significantly lower ratios of IL1RA/ILi1β, IL-1RA/IL-8 and IL-1RA/IL-6, the anti-inflammatory cytokines. This is strongly predictive for hippocampal injury following febrile status epilepticus and mirrors FIRES patients who have hyperactive IL-1β activity and functional IL-1RA deficiency. Pet. Ex. 51 at 4; Pet. Exs. 45, 46. *Saitoh* explored the genetic contributions to cytokine alterations in FIRES patients, finding shared pathophysiological mechanisms between cytokine polymorphisms associated with febrile seizures. Pet. Ex. 51 at 4; Pet. Ex. 35. The Mayo clinic study cites to *Saitoh*, hypothesizing that normal healthy children will exhibit a spectrum of IL1RA function that will correlate to their response to vaccination. Both studies are based on interleukin responses which support an analogous relationship between febrile seizures and FIRES. Pet. Ex. 51 at 4.

Dr. Gaitanis clarified that he was not proposing that FIRES and febrile seizures are the same, but that they share similar features, providing insight into the pathophysiology of FIRES. Indeed, experts in the field equate the two when designing their research trials and the clinical and pathophysiologic overlap between FIRES and febrile seizures is the basis for ongoing research. Pet. Ex. 51 at 4.

Further, while FIRES and ADEM are not the same, both have an onset of one to two weeks post-MMRV vaccination. This matches the onset of J.H.'s febrile illness, implicating the MMRV vaccine as the trigger. Pet. Ex. 51 at 4-5; Pet. Exs. 22, 38. Fever, a common side effect of MMRV, occurs within 10 to 14 days post-vaccination. This was noted in the Mayo clinical trial, with 30% of children developing fever within 10 to 14 days following MMRV vaccine. Pet. Ex. 51 at 5.

Dr. Gaitanis again noted that J.H. had little response to immunologic seizure therapies. But after starting Anakinra, he was weaned off Ketamine, pentobarbital, lacosamide, and phenobarbital, which suggests a positive response to the treatment. Pet. Ex. 51 at 5-6.

### F. First Report of Respondent's Expert, Dr. Hayley Gans[20]

Dr. Gans summarized J.H. as a healthy four-year-old child who "suffered a nonspecific illness" that included malaise, headache, and fever, followed by improvement then an acute onset of a rapidly progressive seizure disorder. Resp. Ex. D at 4; Pet. Ex. 5 at 2, 322, 333. She asserted that no infectious etiology being found was not unexpected and is a condition of establishing a FIRES diagnosis along with refractory, difficult to treat status epilepticus. Resp. Ex. D at 4. She noted that the Gene DX STATE Epilepsy pane was positive for VUS on the TSC2 gene. *Id.* at 1-4.; Pet. Ex. 5 at 291. She referred to FIRES as "a diagnosis of exclusion." Resp. Ex. D at 4.

Dr. Gans agreed with Dr. Gaitanis's description of FIRES. Resp. Ex. D at 5. She added that the largest study of patients with FIRES involving 77 children between 2001 and 2010 showed that all but two had a nonspecific illness prior to onset of status epilepticus, most being upper respiratory and gastroenteritis. 96% had fevers. *Id.* at 5; Pet. Ex. 47. She argued that J.H. had a nonspecific illness with decreased appetite, malaise, myalgia, headache, and fever that resolved prior to the onset of his seizures. She disagreed these symptoms were those typically reported after MMR vaccine other than the fever. Resp. Ex. D at 5. She added: "Vaccines preceding the seizures are not reported in these 77 cases of FIRES nor in literature search in PUBMED." *Id.*

Dr. Gans disagreed that any immune stimulus causing a fever including vaccination can induce FIRES. Resp. Ex. D at 5; Pet. Ex. 28. She maintained that the consensus reached after a review of 223 FIRES cases is that preceding febrile "infection" is required. Vaccines were not included. Resp. Ex. D at 5. The presence of acute infections may support encephalitis rather than a post-infectious process as seen in FIRES. *Id.*

Dr. Gans agreed that the 2010 *Nabbout* study, not the 2011 study, described nine children with a nonspecific febrile illness one to six days preceding their first seizure. Resp. Ex. D at 5; Pet. Ex. 27. She agreed that the study showed two cases of FIRES, one following smallpox vaccine and one following mumps vaccine, but argued that no data was supplied for those two or investigation done. Despite temporal similarity to J.H. with vaccination, it is unknown if there was a febrile illness. Resp. Ex. D at 5.

Dr. Gans submitted that recent reviews of the role of vaccines in central nervous system diseases based on timing highlights speculation that vaccines may cause autoimmunity and autoreactivity since their goal is to produce immunity. But these speculations are hypotheses at best with no evidence to support them. There are no vaccine-related FIRES cases reported or any published data regarding vaccination in these patients. Resp. Ex. D at 5; Resp. Ex. D-3. Therefore,

[20] Dr. Gans received her MD from the SUNY Health Science Center at Syracuse in 1991. She completed her Residency in Pediatrics at the Stanford University School of Medicine in 1998. She is currently licensed as a physician and surgeon in California. She is also currently a clinical professor and the Director of Fellowship Education in the Department of Pediatrics at Stanford.

Dr. Gaitanis's conclusions are unsubstantiated. Further, immune responses to vaccines are not equivalent to wild disease; therefore, "immune response to vaccines should not be confounded with those to infections." Resp. Ex. D at 6.

Dr. Gans agreed that "[a]n unopposed pathological inflammatory state in the central nervous system (CNS) driven by overactive proinflammatory cytokines and chemokines has been reported in children" with FIRES. Resp. Ex. D at 6; Pet. Ex. 46. She cited *Koh* as showing that high levels of proinflammatory cytokines and chemokines contribute to seizure activity because these molecules have proconvulsant activity. Resp. Ex. D at 6; Resp. Ex. D-5. Further, mesial temporal damage has been hypothesized to contribute to drug resistant epilepsy. "Neurogenic inflammation has been proposed to describe inflammatory response occurring in CNS cells, not only in neurons but also in glia and vascular cells of the blood brain barrier (BBB) which is evoked by enhanced levels of neuronal activity." Resp. Ex. D at 6; Resp. Ex. D-5. However, all these cases are preceded by a nonspecific febrile infectious process within two weeks of seizure onset; therefore "it is likely that a nonspecific infection, not causal to the syndrome, triggers an inflammatory cascade." Resp. Ex. D at 6; Pet. Ex. 47.

Dr. Gans argued that a direct relationship with a specific entity in these syndromes is lacking with a growing theory for genetic predisposition as a causal element in FIRES. Resp. Ex. D at 6. "'The hypothesis, supported by increased CSF levels of inflammatory molecules and the therapeutic response of unremitting seizures to anti-cytokines treatments in FIRES, is that the febrile infection primes the brain of a *predisposed individual* by inducing inflammatory response thereby reducing seizure threshold. Days to weeks after the febrile infection, the reduced threshold favors precipitation of seizures which in turn provoke a massive neurogenic inflammatory response. This neurogenic response contributes to seizure recurrence and status epilepticus.'" Resp. Ex. D at 6; Resp. Ex. D-5.

Dr. Gans asserted that FIRES "may be considered" a postinfectious immune system dysregulation in healthy but susceptible or genetically predisposed people. No single gene has been implicated but studies have shown a frequency of tandem repeats of the RN2 allele of IL-IRN in 19 FIRES children resulting in higher levels of IL-1β and lower levels of IL-1Ra. This imbalance or "functional deficiency" could lead to an unopposed pathologic inflammatory state. Resp. Ex. D at 6; Pet. Ex. 35. *Sakuma* found markedly elevated proinflammatory cytokines and chemokines in children with FIRES, but T cells and homeostatic cytokines were not elevated when compared to other seizure disorders. Resp. Ex. D at 6; Pet. Ex. 30; Resp. Ex. D-8. Dr. Gans summarized that data supports FIRES as an autoinflammatory disorder with the pathological abnormality being an upregulated secretion of IL-1β and other proinflammatory cytokines. Resp. Ex. D at 7

Dr. Gans then posited that it is unclear whether a cytokine storm is sufficient to explain long-lasting severe status epilepticus, suggesting that an additional mechanism such as mitochondrial dysfunction may occur. Resp. Ex. D at 7; Pet. Ex. 29. Recent data suggests that FIRES is an autoinflammatory process rather than autoimmune, because not all FIRES patients have antibodies. Development of an antibody requires more time than the characteristic interval between initial febrile episode and the onset of FIRES. Resp. Ex. D at 7.

Dr. Gans argued that there is little evidence to support that vaccines play a role in FIRES. She argued that J.H.'s symptoms prior to seizure onset were not those typically seen following MMR vaccine and FIRES seizures cannot be compared with the uncomplicated febrile seizures associated with MMR vaccine. Resp. Ex. D at 7. The CDC Pink Book provides that 5% to 15% of susceptible persons develop fever within seven to 12 days following MMR vaccine, the majority of whom have fever with no other symptoms. MMR is associated with a "very small risk of febrile seizures" in approximately one of every 3,000 to 4,000 doses of MMR vaccine administered. Febrile seizures occur six to 14 days after vaccination and are not associated with long-term sequela. Resp. Ex. D at 7.

Dr. Gans referred to the immune response following vaccination as "distinct" from that following actual infection. For example, measles infection produces adaptive immune responses to CD4+, CD8+, T cells, and B cells driven by a TH1 predominant cytokine profile, followed by low levels of lymphocytes, a TH2 predominant cytokine profile which predisposes to secondary infection. Resp. Ex. D at 8; Resp. Ex. D-10. Vaccine studies only show diminished TH1, with no subsequent lymphopenia or TH2 predominance. Resp. Ex. D at 8; Resp. Exs. D-11, D-12. Therefore, cytokine response to measles vaccine is "marginal" when compared to wild measles virus. Resp. Ex. D at 8; Resp. Ex. D-12. She disagreed that any inflammatory inducing process can be the preceding causal event for FIRES. Resp. Ex. D at 8; Pet. Ex. 19.

Dr. Gans pointed to the genetic panel and the "unexpected" finding of VUS on the TSC2 gene. This finding is associated with tuberous sclerosis which includes neurologic tumors associated with abnormal inflammatory responses including IL-1β, similar to what is found in children with FIRES. Resp. Ex. D at 8. Further, P378L has been reported in idiopathic generalized epilepsy. "In addition, the whole genome sequences revealed several other genetics variations, that warrant further investigation." *Id.* Studies have shown significant association between FIRES and tandem repeats of the RN2 allele of the IL-1RN gene which promotes higher levels of IL-1β and lower levels of IL-1Ra. *Id.*; Pet. Ex. 35. Therefore, "it seems very likely that JH has a genetic predisposition for inflammation." She added that no single gene mutation has been identified in FIRES. *Id.*

Dr. Gans addressed the Mayo Clinic study asserting that it was using a common scientific tool to measure immune responses associated with antigenic stimulus and was seeking to establish a normal curve for any studies done in children with FIRES. However, no control values exist, and foundational studies need to be done to establish normal values and show variability within normal curves. The MMRV vaccine is being used as a tool to study immunity, not because it has pathological immune responses that mimic that seen in children with FIRES. There is no link between MMRV vaccine and FIRES being made. Resp. Ex. D at 9. Further, the study noted that immune responses to vaccines do not mimic actual disease and therefore the curve developed may not be that useful, especially for a disease that is post-infectious in nature like FIRES. *Id.*

Dr. Gans disagreed that the causal role of inflammation and an aberrant immune response in FIRES make immune therapies the best treatment, because the pathogenesis is unsettled and there is no established causal relationship. Resp. Ex. D at 9.

Dr. Gans argued that Dr. Gaitanis assumed J.H.'s doctor was referring to his vaccinations as a causal factor in his FIRES when he documented the receipt of vaccinations two weeks prior to the first seizures. She countered with a note from a treating neurologist familiar with FIRES stating that J.H. "had a preceding illness with or without a recorded fever followed by accelerating and progressively more intractable seizures," suggesting that his symptoms were more consistent with a preceding illness, not his vaccination. Resp. Ex. D at 10; Pet. Ex. 5 at 310.

Dr. Gans concluded that J.H. had an underlying genetic condition and preceding febrile infection which was the cause of his FIRES and would have developed FIRES without receipt of the May 29, 2018, vaccines. The vaccines were neither necessary nor synergistic to the seizure disorder J.H. experienced. Resp. Ex. D at 11.

### G. First Report of Petitioners' Expert, Dr. Michael Keller[21]

Dr. Keller asserted that J.H. had new onset seizures in the setting of a fever then developed highly refractory status epilepticus with no infection or metabolic cause found. His inflammatory markers were elevated, and he had improvement with Anakinra. Pet. Ex. 71 at 2. Serial MRIs two months after refractory seizures showed "'severe diffuse intracranial volume loss with mild periventricular gliosis'" when compared to those done on June 22 and July 12, 2018, consistent with FIRES. *Id.*

Dr. Keller described FIRES as a rare and poorly understood epileptic encephalopathy with an initial period of recurrent seizures which evolve to refractory status epilepticus. Pet. Ex. 71 at 2; Pet. Ex. 23. Most patients present with a history of being previously healthy with a self-limited fever days to weeks before seizure onset, no identified pathogen at the time of presentation, and no genetic cause identified. Pet. Ex. 71 at 2; Pet. Ex. 28. Publications are limited with only retrospective case series, and no large, randomized controlled studies. Pet. Ex. 71 at 2. However, FIRES has some parallels with other hyperinflammatory conditions. *Farias-Moeller* studied "striking links between FIRES and hemophagocytic lymphohistiocytosis (HLH)" where the body cannot clear an antigen resulting in a "cytokine storm" with multiorgan failure. *Id.*; Pet. Ex. 73. HLH can affect the brain and nervous system causing refractory seizures, in some cases only impacting the CNS. Pet. Ex. 71 at 2; Pet. Ex. 72. When HLH only affects the CNS, it has "striking similarities with FIRES" and both are treated with anti-cytokine biologic therapies. Pet. Ex. 71 at 2.

Dr. Keller offered studies that show the delayed manifestations of immune-mediated phenomena following vaccination. *Simpson* demonstrated an association between the COVID-19 vaccine and immune thrombocytopenia purpura ("ITP") in 1 in 100,000 people. Pet. Ex. 71 at 2;

[21] Dr. Keller is a board-certified clinical immunologist and pediatrician and director of the immunology program at Children's National Hospital in Washington, DC. He is also a federally funded researcher with a focus on antiviral adaptive immunity and cellular therapies. He has worked and published extensively in the field of inborn errors of immunity, including primary immunodysregulatory diseases as well as vaccine studies in immunocompromised patients. He serves as a scientific reviewer for *Science*, *Nature*, and *The New England Journal of Medicine*, as well as on study sections at the National Institute of Health and the Research and Innovation Council for the United Kingdom. He has clinical experience with inflammatory conditions with neurological manifestations and has treated patients with febrile infection-related epilepsy syndrome (FIRES) at his institution. Pet. Ex. 71 at 1.

Pet. Ex. 103. Covid mRNA and MMR vaccines have been associated with HLH. Pet. Ex. 71 at 2; Pet. Exs. 75, 76. *Otagiri* reported on a 19-month-old child with fever one week after MMR vaccine who developed systemic HLH. Pet. Ex. 76. *Heiber* described 16 patients with HLH within one to 21 days following Covid vaccination. Pet. Ex. 75. A delayed latency period following an inciting factor such as vaccination occurs in other demyelinating diseases such as ADEM, which takes two to four weeks to develop corresponding with an adaptive response. Multisystemic inflammatory syndrome in children (MIS-C) was seen on average 25 days after COVID-19 infection, with a range of six to 51 days. Pet. Ex. 71 at 3; Pet. Ex. 74.

Dr. Keller asserted that fever tends to occur seven to 12 days after MMR vaccination, with the rare occurrence of seizures within six to 14 days but with no long-term effects. Febrile seizures are not a risk factor for FIRES and have not been included in safety evaluations for MMR because FIRES is so rare. While the pathophysiology of FIRES is different from febrile seizures, both have similar onset periods following MMR vaccination. Pet. Ex. 71 at 3.

Dr. Keller opined that, based on clinical history, the prodromal symptoms of fever, general malaise, and headache, improvement of fever prior to the development of seizures, and negative/normal test results for infectious processes, the vaccines cannot be excluded as a trigger for J.H.'s FIRES. Pet. Ex. 71 at 4. He added in response to Dr. Gans that viral PCR tests generally remain positive for one to two weeks following the onset of symptoms. PCR testing in this case showed no infection. *Id.* Given the time course and no infectious process identified, it is probable the vaccinations received on May 29, 2018, were an inciting factor in J.H.'s development of FIRES. *Id.* at 4.

### H. Fourth Report of Petitioners' Expert, Dr. Gaitanis

In his fourth report, Dr. Gaitanis responded to Dr. Gans's opinions, noting that she too agrees that J.H. has FIRES, but disagreed that the MMRV vaccination played any role. She instead opined that an underlying condition and/or preceding febrile infection was the cause. Pet. Ex. 77 at 1. Dr. Gaitanis pointed out that no evidence exists of an underlying condition or preceding febrile illness. He added that fever is not synonymous with acute infection but is rather a complex physiologic reaction that is not exclusively caused by infection. Pet. Ex. 77 at 1. Dr. Gans blamed J.H.'s fever on an infection but provided no evidence of an infection in the record. *Id.*

Dr. Gaitanis argued that J.H.'s symptoms of mild fever, decreased appetite, malaise, and headache in the days prior to the onset of seizure were the result of a central nervous system inflammatory process and the early stages of FIRES and NORSE as described in the literature. Pet. Ex. 77 at 2; *see* Pet. Exs. 81, 86, 89, 90, 91. Symptoms of acute infection typically localize to a specific region like the sinuses, throat, ears, stomach, or urinary tract. J.H. had no such localized symptoms. Pet. Ex. 77 at 2. Dr. Gans failed to note that decreased appetite, fatigue, myalgia, and headache are symptoms associated with FIRES and NORSE. *Id.*

Dr. Gans agreed FIRES is preceded by a fever starting between 24 hours to two weeks prior to onset of refractory status epilepticus with or without fever at seizure onset. Pet. Ex. 77 at 2; Pet. Ex. 87. In Dr. Gaitanis's opinion, the ProQuad MMRV vaccine J.H. received served as the "prior infectious source" with associated fever and febrile seizures five to 12 days post-vaccination

matching the time following MMRV vaccination. Pet. Ex. 77 at 1. This is further supported by *Nabbout*, who found that an immune stimulus causing fever, including vaccination can induce FIRES. *Id.* at 2-3; Pet. Ex. 28. Despite an extensive work up, no infectious process was found in this case.

Dr. Gaitanis discussed the *Bakhtadze* paper relied on by Dr. Gans, noting that it focused on the safety of administering vaccines to children with autoimmune neurological disorders and cautioning that vaccines be delayed in children in the acute phase of FIRES. It did not discuss the role of vaccines in the etiology of FIRES. Pet. Ex. 77 at 3; Resp. Ex. D-3. Dr. Gans criticized Dr. Gaitanis's reliance on *Nabbout* but failed to note that the study covered two cases of FIRES following smallpox and mumps vaccine. Pet. Ex. 27 at 2. Dr. Gaitanis asserted that febrile illness and febrile infection are not the same. Fever is a universal symptom in FIRES patients and the expected result of an inflammatory response. Pet. Ex. 77 at 3.

Dr. Gaitanis added that since *Nabbout*'s case series, there have been other case reports of FIRES following vaccination, including *Fetta*, involving a six-year-old boy who developed FIRES following MMR and DTP vaccination. Pet. Ex. 77 at 3; Pet. Ex. 84. Since FIRES is a subset of NORSE, NORSE literature is included and shows multiple cases following COVID vaccine. Pet. Ex. 77 at 3; *see* Pet. Exs. 79, 88, 96, 97.

Dr. Gaitanis addressed Dr. Gans' arguments that the lack of evidence for an infectious source is expected, as post-infectious entities like FIRES have no infections isolated at the time of evaluation which highlights the difference between a post-infectious autoimmune disease and acute encephalitis and quoted Dr. Gaitanis that: "FIRES is proposed to have a biphasic clinical course 'suggestive of an autoimmune mechanism triggered by an infection.'" Pet. Ex. 77 at 4. Dr Gaitanis responded that clinical history, characteristics of prodromal symptoms, and infectious contacts can identify a preceding infection. Serum titer levels and PCR testing would all remain high after an infection clears. J.H.'s testing showed no infection and his clinical symptoms were not that of acute infection. Pet. Ex. 77 at 4. The literature discusses how long positivity in testing remains high beyond the duration of infectious illness. Therefore, it is doubtful that there was any acute infection. *See* Pet. Exs. 78, 82, 83, 94. What is not doubtful is that J.H. received MMRV on May 29, 2018, and developed fever and febrile illness within the time frame expected after MMRV vaccine. Pet. Ex. 77 at 4.

In response to Dr. Gans's opinion that there was an underlying condition or genetic predisposition, Dr. Gaitanis distinguished "causation versus contribution," noting that "'the underlying pathogenic mechanism of FIRES is likely to be a two-hit process, involving the synergistic effect between an immune response to a febrile illness or infection affecting the brain and an intrinsic *predisposition* toward an auto-sustaining epileptogenic process.'" Pet. Ex. 77 at 4-5; Pet. Ex. 92. The TSC2 finding on J.H.'s genetic testing Dr. Gans focuses on relates to tuberous sclerosis, a multisystem inherited condition which includes lesions of the skin, kidneys, heart, and CNS. Pet. Ex. 77 at 5; Pet. Ex. 85. J.H. did not have any of the clinical or systemic features of tuberous sclerosis and therefore the finding was of no significance. Pet. Ex. 77 at 5.

Finally, Dr. Gaitanis disagreed that FIRES is a diagnosis of exclusion asserting that "[t]he sudden onset of refractory status epilepticus in the setting of a febrile illness followed immediately

by medically refractory epilepsy without the period of seizure quiescence expected in acute encephalitis is unique only to FIRES." Pet. Ex. 77 at 7. The response to immunomodulatory therapy is unlike most etiologies for refractory status epilepticus. J.H. had all the clinical features of FIRES, but instead of an infectious trigger, developed symptoms following vaccinations. There was no infectious trigger, illness, or underlying genetic basis identified. Based on the foregoing, it is more likely than not that if J.H. had not received the vaccinations, he would not have developed FIRES. Pet. Ex. 77 at 7.

### I. Third Report of Respondent's Expert, Dr. Kruer

In a third report, Dr. Kruer addressed Dr. Keller's opinions. He agreed that most cases of FIRES have no preceding identifiable infection or vaccination. Resp. Ex. F at 1. He found Dr. Keller's discussion of the similarities between FIRES and HLH interesting but mere conjecture because there was no actual data to support it. *Id.*

Dr. Kruer discussed Dr. Keller's reliance on *Heiber* to show that manifestations of immune-mediated phenomena can be delayed after vaccinations. He disagreed that discussions involving the Covid vaccine were instructive since not all vaccines and reactions are equal and one vaccine can be associated with a rare complication while another is not. Resp. Ex. F at 2.

Dr. Kruer concluded that existing knowledge is inadequate to firmly link FIRES to J.H.'s vaccinations but admitted that the corollary was also true. It is difficult to completely exclude the possibility that the vaccinations were linked to J.H.'s FIRES. However, petitioner's burden is "more likely than not" and the evidence that exists at present does not support a connection between immunization and FIRES. Resp. Ex. F at 2.

### J. Second Report of Respondent's Expert, Dr. Gans

In her second report, Dr. Gans argued that "an acute infection" and "a preceding infection" are two different things. Acute infection must be ruled out before a diagnosis of FIRES can be made. A "preceding **nonspecific**, febrile infectious process occurs within two weeks of the seizures" in FIRES. Resp. Ex. G at 2: Resp. Ex. D; Pet. Ex. 47. There was no isolated infection identified here, which was not unexpected, but necessary to establish a diagnosis of FIRES. Resp. Ex. G at 2.

She maintained that J.H.'s nonspecific symptoms are common in children and do not need to localize to a specific region. They are "nonspecific" because they do not signal a cause but are often seen in many different conditions. They are not pathognomonic[22] of infections, FIRES, or neurological disease. While sometimes the symptoms reveal where the inflammation is, most go undiagnosed with 60% of presumed viral encephalitis unexplained by conventional laboratory techniques. Resp. Ex. G at 2-3; Resp. Ex. G-1. Dr. Gans asserted that a large body of literature supports this but did not produce specific literature.

---

[22] Something that is pathognomonic is "specifically distinctive or characteristic of a disease or pathologic condition; a sign or symptom on which a diagnosis can be made." "Pathognomonic," Dorland's Illustrated Medical Dictionary 1375 (33rd ed. 2020).

Dr. Gans explained that the medical community has worked to determine algorithms for fever without localized symptoms to help identify children who require escalation of care. Resp. Ex. G at 3; Resp. Ex. G-2. Less attention is paid to diagnosis because the management would not change. Dr. Gans agreed that serology and PCR testing may remain positive for some time after symptoms resolve but argued that every individual is different and many infections are not tested for or do not have good tests for detection. Resp. Ex. G at 2. No acute infection was identified in this case to prohibit the use of immunomodulation. *Id.* at 3.

Dr. Gans asserted that, when coupling the clinical details with the literature on FIRES, a very consistent picture emerges here: a preceding, unidentified infection led to intractable seizures in a predisposed individual. Resp. Ex. G at 3. There were nonspecific symptoms of infection, a period of wellness, then an acute neurologic disorder suggesting that the infection was the inciting event of a post infectious process. *Id.* at 3-4. She disagreed that these nonspecific symptoms were early signs of central nervous system inflammation, but "[r]ather, this pattern of illness suggests a self-limited infection that resolved but incited a postinfectious inflammatory response." *Id.* at 4.

Dr. Gans agreed that fever can be associated with MMRV vaccine, but J.H.'s other symptoms were not. Dr. Keller's reliance on other vaccines and autoimmune diseases in discussing MMRV and FIRES is inappropriate and cannot be lumped together. Resp. Ex. G at 4; Resp. Ex. D-3. Besides, FIRES is considered autoinflammatory not autoimmune and involves different pathophysiologic mechanisms. Resp. Ex. G at 5.

Dr. Gans maintained that an underlying genetic predisposition exists in FIRES. She described *Lee* as a review of the most current literature in the field supporting the hypothesis that in those with a predisposition, a trigger can cause FIRES. Resp. Ex. G at 5; Pet. Ex. 77. Even though no genetic mutation has been identified, the process for FIRES is evolving. It is becoming clearer that FIRES is among the family of autoinflammatory disorders. "In these syndromes, genetics provides a strong foundation for the underlying predisposition to pro-inflammatory processes." Resp. Ex. G at 5. Here, the genetic workup was positive although the relevance of the findings is unknown. It does not change the diagnosis. *Id.*

Dr. Gans maintained her opinion that J.H.'s FIRES can be explained by an underlying genetic predisposition and preceding febrile infection. Therefore, J.H. would have developed FIRES without the vaccines received on May 29, 2018. Resp. Ex. G at 5.

Dr. Gans's second report was the final expert report submitted before the two-day entitlement hearing.

### K. Second Report of Petitioners' Expert, Dr. Keller

At hearing, the central issues in this case became readily apparent through the testimony of Drs. Keller and Gans. They both agreed that FIRES is an innate immune response but disagreed that the onset of symptoms and seizures associated with FIRES can occur 12 to 14 days after receipt of the MMRV vaccination. Dr. Gans argued that 12-14 days would be during the adaptive immune response. Tr. 413, 443, 445. They also disagreed that J.H.'s symptoms prior to seizure onset were the prodromal symptoms of FIRES rather than an infection.

In his second report filed after the hearing, Dr. Keller acknowledged that the adaptive immune response would normally predominate 10 to 14 days post-vaccination in a normal immune response. But FIRES is not a normal immune response. Pet. Ex. 112 at 1. Excessive innate immune signaling is the major contributor in FIRES regardless of the time frame following the initial trigger. *Id.* at 2. The general consensus of the medical community is that FIRES has autoinflammatory underpinnings based on cytokine profiles and responses to biologic therapies including IL-1β blockage. *Kramer* observed the onset of FIRES one to 14 days following a triggering febrile illness. *Id.* at 2; Pet. Ex. 47. Dr. Keller noted: "In spite of this time range, testing for involvement of the adaptive immune system (autoimmunity) has been negative in FIRES, including absence of autoantibodies and in most cases, absence of white blood cell pleocytosis in cerebrospinal fluid." Pet. Ex. 112 at 2. There is also a poor response to corticosteroids, IVIG, and rituximab, suggesting that adaptive immunity is not the root cause of FIRES. *Id.*; Pet. Ex. 105.

Dr. Keller asserted that, in a normal immune response, the triggering of the innate immune system includes the production of cytokines which ends with clearance of the trigger after a "sterilizing immune response" and downregulation by anti-inflammatory signals. This can persist for 10 to 14 days post vaccination. *Okada* found IL-18 measurements in that time frame. Resp. Ex. D-12. *Farias-Mueller* demonstrated IL-18 elevation in several FIRES patients. Pet. Ex. 112 at 2; Pet. Ex. 73. Treatment of FIRES with Anakinra has proved helpful even as late as one-and-a-half years after acute development of FIRES, supporting the idea that excessive innate immune signaling is a major contributor in FIRES regardless of time frame following initial trigger. Pet. Ex. 112 at 2; Pet. Ex. 105.

Dr. Keller concluded that studies show that hyperactive and unimpeded innate immune activation plays a primary role in FIRES making the time frame between the initial febrile illness and the onset of FIRES irrelevant. The vaccinations J.H. received on May 29, 2018, were therefore a substantial contributor to his development of FIRES. Pet. Ex. 112 at 2.

### L. Third Report of Respondent's Expert, Dr. Gans

Dr. Gans's third report was issued after the hearing and in response to Dr. Keller. Dr. Gans agreed FIRES is autoinflammatory and results from dysregulation of the innate immune system. Resp. Ex. I at 1. She asserted that she discussed the adaptive immune system at hearing for an understanding of the normal immune response following MMR vaccination. *Id.*

Dr. Gans disagreed that any evidence exists to support MMRV as a cause of FIRES. Resp. Ex. I at 1-2. The fever that may occur seven to 10 days after MMR vaccine is associated with the adaptive immune response. *Id.* at 2; Resp. Ex. D-10. The adaptive immune response, which causes post-MMR vaccine fever, does not play a part of the pathophysiology resulting in FIRES. Resp. Ex. I at 2.

"This is not to say that cytokines and chemokines that are part of the innate immune system are not present at days 7-10 following MMR vaccine, as these are cleared at varying times once stimulated." Resp. Ex. I at 2. However, the presence of cytokines does not mean the cytokines continue to have effect. The immune system has checks and balances, and the cytokine target may be downregulated and no longer available. "All cytokines have a half-life and are removed from

circulation with different kinetics." Resp. Ex. I at 2. She noted that IL-1β and IL-18 proinflammatory cytokines were not elevated in all patients during CSF sampling and failed to reach detection in many with FIRES in the *Farias-Mueller* study. *Id.*; Pet. Ex. 73 at 5. As for Dr. Keller's comparison, the findings of those who suffered both FIRES and HLH that had elevated cytokines cannot be generalized to those who only have FIRES. Those with FIRES whose IL-1 and IL-18 were not elevated did not respond to Anakinra therapy. Resp. Ex. I at 3; Pet. Ex. 73 at 11. Further, since IL-18 is a proinflammatory cytokine important to the development of adaptive immunity, it would be expected to be elevated after MMR vaccine. Its presence supports the development of fever seven to 10 days post-vaccination. Resp. Ex. I at 3. Notably the levels identified were minimal following vaccination when compared to antibody responses to wild infection. *Id.*; Resp. Ex. D-12. "Thus, IL-18 levels are not aberrantly elevated as would be expected in a pro-inflammatory dysregulated immune response, as seen with FIRES." Resp. Ex. I at 2.

Dr. Gans understood Dr. Keller to be saying that those with FIRES do not have a normal immune system, so evidence of "normal individuals" would not apply. Dr. Gans responded that those with FIRES were previously healthy individuals who had no incidences to a multitude of antigenic stimulus before but have dysregulation following respiratory and gastrointestinal illnesses both of which involve complex and unique mucosal environments. Resp. Ex. I at 3. Systemic immunizations such as MMR would not have the potential to cause antigen-specific dysregulation. *Id.*

Dr. Gans summarized that FIRES is a post-infectious immune process requiring a preceding febrile illness. J.H. had a febrile illness prior to his onset of refractory seizures which resulted in a diagnosis of FIRES. There is no evidence that implicates the MMR vaccination as having a causal role in FIRES, despite it being a live virus. The lack of a link between MMR and FIRES is supported by adaptive immunity being the mechanism for fever following MMR vaccination while FIRES involves innate immunity. Resp. Ex. I at 3. J.H.'s fever was accompanied by other symptoms not generally reported after MMR vaccine and his seizures were not consistent with uncomplicated febrile seizures associated with MMR vaccine. Therefore, J.H.'s FIRES was unrelated to the MMRV vaccination, and he would have developed FIRES without having received the May 29, 2018, vaccines. Resp. Ex. I at 3; Resp. Ex. D at 7.

## VI. Discussion

### A. Legal Standard Regarding Causation

The Vaccine Act provides two avenues for petitioners to receive compensation. First, a petitioner may demonstrate a "Table" injury—i.e., an injury listed on the Vaccine Injury Table that occurred within the provided time period. § 11(c)(1)(C)(i). "In such a case, causation is presumed." *Capizzano v. Sec'y of Health & Human Servs.*, 440 F.3d 1317, 1320 (Fed. Cir. 2006); *see* § 13(a)(1)(B). Second, where the alleged injury is not listed on the Vaccine Injury Table, a petitioner may demonstrate an "off-Table" injury, which requires that the petitioner "prove by a preponderance of the evidence that the vaccine at issue caused the injury." *Capizzano*, 440 F.3d at 1320; *see* § 11(c)(1)(C)(ii). Initially, a petitioner must provide evidence that he or she suffered, or continues to suffer, from a definitive injury. *Broekelschen v. Sec'y of Health & Human Servs.*, 618 F.3d 1339, 1346 (Fed. Cir. 2010). A petitioner need not show that the vaccination was the sole

cause, or even the predominant cause, of the alleged injury; showing that the vaccination was a "substantial factor" and a "but for" cause of the injury is sufficient for recovery. *See Pafford v. Sec'y of Health & Human Servs.*, 451 F.3d 1352, 1355 (Fed. Cir. 2006); *Shyface v. Sec'y of Health & Human Servs.*, 165 F.3d 1344, 1352 (Fed. Cir. 1999).[23]

To prove causation for an "off-Table" injury, petitioners must satisfy the three-pronged test established in *Althen v. Sec'y of Health & Human Servs.*, 418 F.3d 1274 (Fed. Cir. 2005). *Althen* requires that petitioners show by preponderant evidence that a vaccination petitioner received caused his or her injury "by providing: (1) a medical theory causally connecting the vaccination and the injury; (2) a logical sequence of cause and effect showing that the vaccination was the reason for the injury; and (3) a showing of a proximate temporal relationship between vaccination and injury." *Id.* at 1278. Together, these prongs must show "that the vaccine was 'not only a but-for cause of the injury but also a substantial factor in bringing about the injury.'" *Stone v. Sec'y of Health & Human Servs.*, 676 F.3d 1373, 1379 (Fed. Cir. 2012) (quoting *Shyface*, 165 F.3d at 1352-53). Causation is determined on a case-by-case basis, with "no hard and fast per se scientific or medical rules." *Knudsen v. Sec'y of Health & Human Servs.*, 35 F.3d 543, 548 (Fed. Cir. 1994). Petitioners are not required to identify "specific biological mechanisms" to establish causation, nor are they required to present "epidemiologic studies, rechallenge, the presence of pathological markers or genetic disposition, or general acceptance in the scientific or medical communities." *Capizzano*, 440 F.3d at 1325 (quoting *Althen*, 418 F.3d at 1280). "[C]lose calls regarding causation are resolved in favor of injured claimants." *Althen*, 418 F.3d at 1280.

Each of the *Althen* prongs requires a different showing. The first *Althen* prong requires petitioner to provide a "reputable medical theory" demonstrating that the vaccines received *can* cause the type of injury alleged. *Pafford*, 451 F.3d at 1355-56 (citation omitted). To satisfy this prong, petitioner's "theory of causation must be supported by a 'reputable medical or scientific explanation.'" *Andreu ex rel. Andreu v. Sec'y of Health & Human Servs.*, 569 F.3d 1367, 1379 (Fed. Cir. 2009) (quoting *Althen*, 418 F.3d at 1278). This theory need only be "legally probable, not medically or scientifically certain." *Id.* at 1380 (emphasis omitted) (quoting *Knudsen*, 35 F.3d at 548). Nevertheless, "petitioners [must] proffer trustworthy testimony from experts who can find support for their theories in medical literature." *LaLonde v. Sec'y of Health & Human Servs.*, 746 F.3d 1334, 1341 (Fed. Cir. 2014).

The second *Althen* prong requires proof of a "logical sequence of cause and effect." *Capizzano*, 440 F.3d at 1326 (quoting *Althen*, 418 F.3d at 1278). In other words, even if the vaccinations can cause the injury, petitioner must show "that it did so in [this] particular case." *Hodges v. Sec'y of Health & Human Servs.*, 9 F.3d 958, 962 n.4 (Fed. Cir. 1993) (citation omitted). "A reputable medical or scientific explanation must support this logical sequence of cause and effect," *id.* at 961 (citation omitted), and "treating physicians are likely to be in the best position to determine whether a logical sequence of cause and effect show[s] that the vaccination was the reason for the injury," *Paluck v. Sec'y of Health & Human Servs.*, 786 F.3d 1373, 1385 (Fed. Cir. 2015) (quoting *Andreu*, 569 F.3d at 1375). Petitioner is not, however, required "to eliminate

[23] The Vaccine Act also requires petitioners to show by preponderant evidence the vaccinee suffered from the "residual effects or complications" of the alleged vaccine-related injury for more than six months, died from the alleged vaccine-related injury, or required inpatient hospitalization and surgical intervention as a result of the alleged vaccine-related injury. § 11(c)(1)(D). It is undisputed that this requirement is satisfied in this case.

alternative causes as part of establishing [their] prima facie case." *Doe v. Sec'y of Health & Human Servs.*, 601 F.3d 1349, 1357-58 (Fed. Cir. 2010); *see Walther v. Sec'y of Health & Human Servs.*, 485 F.3d 1146, 1152 (Fed. Cir. 2007) (holding that a "petitioner does not bear the burden of eliminating alternative independent potential causes").

To satisfy the third *Althen* prong, petitioner must establish a "proximate temporal relationship" between the vaccination and the alleged injury. *Althen*, 418 F.3d at 1281. This "requires preponderant proof that the onset of symptoms occurred within a time frame for which, given the medical understanding of the disorder's etiology, it is medically acceptable to infer causation-in-fact." *De Bazan v. Sec'y of Health & Human Servs.*, 539 F.3d 1347, 1352 (Fed. Cir. 2008). Typically, "a petitioner's failure to satisfy the proximate temporal relationship prong is due to the fact that onset was too late after the administration of a vaccine for the vaccine to be the cause." *Id.* However, "cases in which onset is too soon" also fail this prong; "in either case, the temporal relationship is not such that it is medically acceptable to conclude that the vaccination and the injury are causally linked." *Id.*; *see also Locane v. Sec'y of Health & Human Servs.*, 685 F.3d 1375, 1381 (Fed. Cir. 2012) ("[If] the illness was present before the vaccine was administered, logically, the vaccine could not have caused the illness.").

### B. Legal Standard Regarding Fact Finding

The process for making factual determinations in Vaccine Program cases begins with analyzing the medical records, which are required to be filed with the petition. § 11(c)(2). Medical records created contemporaneously with the events they describe are presumed to be accurate and "complete" such that they present all relevant information on a patient's health problems. *Cucuras v. Sec'y of Health & Human Servs.*, 993 F.2d 1525, 1528 (Fed. Cir. 1993). In making contemporaneous reports, "accuracy has an extra premium" given that the "proper treatment hang[s] in the balance." *Id.* Contemporaneous medical records that are clear, consistent, and complete warrant substantial weight "as trustworthy evidence." *Id*. Indeed, "where later testimony conflicts with earlier contemporaneous documents, courts generally give the contemporaneous documentation more weight." *Campbell ex rel. Campbell v. Sec'y of Health & Human Servs.*, 69 Fed. Cl. 775, 779 (2006); *see United States v. U.S. Gypsum Co.*, 333 U.S. 364, 396 (1948). But petitioners can support their claim with oral testimony if it is credible and consistent with the medical records. *See, e.g.*, *Stevenson ex rel. Stevenson v. Sec'y of Health & Human Servs.*, No. 90-2127V, 1994 WL 808592, at *7 (Fed. Cl. Spec. Mstr. June 27, 1994) (crediting the testimony of a fact witness whose "memory was sound" and "recollections were consistent with the other factual evidence"). In short, "the record as a whole" must be considered. § 13(a).

### C. Evaluating Expert Testimony

Establishing a sound and reliable medical theory connecting the vaccine to the injury often requires a petitioner to present expert testimony in support of his or her claim. *Lampe v. Sec'y of Health & Human Servs.*, 219 F.3d 1357, 1361 (Fed. Cir. 2000). The Supreme Court's opinion in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), requires that courts determine the reliability of an expert opinion before it may be considered as evidence. "In short, the requirement that an expert's testimony pertain to 'scientific knowledge' establishes a standard of evidentiary reliability." *Id.* at 590 (citation omitted). Thus, for Vaccine Act claims, a "special

master is entitled to require some indicia of reliability to support the assertion of the expert witness." *Moberly ex rel. Moberly v. Sec'y of Health & Human Servs.*, 592 F.3d 1315, 1324 (Fed. Cir. 2010). The *Daubert* factors are used in the *weighing* of the reliability of scientific evidence proffered. *Davis v. Sec'y of Health & Human Servs.*, 94 Fed. Cl. 53, 66-67 (2010) ("uniquely in this Circuit, the *Daubert* factors have been employed also as an acceptable evidentiary-gauging tool with respect to persuasiveness of expert testimony already admitted"). Where both sides offer expert testimony, a special master's decision may be "based on the credibility of the experts and the relative persuasiveness of their competing theories." *Broekelschen*, 618 F.3d at 1347 (citing *Lampe*, 219 F.3d at 1362). And nothing requires the acceptance of an expert's conclusion "connected to existing data only by the *ipse dixit* of the expert," especially if "there is simply too great an analytical gap between the data and the opinion proffered." *Snyder ex rel. Snyder v. Sec'y of Health & Human Servs.*, 88 Fed. Cl. 706, 743 (2009) (quoting *Gen. Elec. Co. v. Joiner*, 522 U.S. 136, 146 (1997)).

### D. Consideration of Medical Literature

Finally, although this decision discusses some but not all of the literature in detail, the undersigned reviewed and considered all of the medical records and literature submitted in this matter. *See Moriarty ex rel. Moriarty v. Sec'y of Health & Human Servs.*, 844 F.3d 1322, 1328 (Fed. Cir. 2016) ("We generally presume that a special master considered the relevant record evidence even though [s]he does not explicitly reference such evidence in h[er] decision."); *Simanski v. Sec'y of Health & Human Servs.*, 115 Fed. Cl. 407, 436 (2014) ("[A] Special Master is 'not required to discuss every piece of evidence or testimony in her decision.'" (citation omitted)), *aff'd*, 601 F. App'x 982 (Fed. Cir. 2015).

## VII. Discussion

This is an off-Table case alleging FIRES as a result of an MMRV vaccine. For petitioners to prevail on an "off-Table" claim, they must submit a sound and reliable theory that J.H.'s injury resulted from the MMRV vaccine. *Capizzano*, 440 F.3d at 1320. Doing so shifts the burden to respondent to show that the injury was caused by factors unrelated to the vaccination. *Deribeaux ex rel. Deribeaux v. Sec'y of Health & Human Servs.*, 717 F.3d 1363, 1367 (Fed. Cir. 2013).

### A. Table Claim

The petition alleges a Table encephalopathy following the MMRV vaccination on May 29, 2018. However, J.H. was ultimately diagnosed with FIRES, which excludes a Table claim and therefore, the Table claim does not need to be addressed. 42 C.F.R. § 100.3(c)(2)(ii)(A).

### B. Causation in Fact

Through many expert reports and two days of hearing, the experts addressed many issues in this case. However, in the end, two disputed issues arose, the resolution of which resolves this case: 1) Whether the nonspecific symptoms J.H. suffered two days prior to seizure onset were the prodromal symptoms of neuroinflammation of the brain or a separate viral illness; and 2) Whether the innate immune system can still be active 10 to 14 days post-vaccination.

It is important to note that the experts agree on more than they disagree. The experts agree that J.H. was a normal, healthy four-year-old child who received Tdap and MMRV vaccinations on May 29, 2018. They agree that approximately 12 days post-MMRV vaccination, J.H. experienced nonspecific symptoms including a mild fever, headache, malaise, and decreased appetite. They agree that 14 days after vaccination J.H. was found unresponsive, was transported by ambulance to the ED, had seizures that proved refractory to seizure medications, and was ultimately diagnosed with FIRES. They agree that J.H. has FIRES. They agree that FIRES is autoinflammatory. They agree that FIRES is a dysregulation of the innate immune system similar to a cytokine storm. They agree that FIRES may be precipitated by an infection. They agree that J.H.'s FIRES has resulted in severe physical and cognitive injuries. They agreed that MMRV is a live attenuated vaccine.

Therefore, in order to satisfy *Althen*, the central questions to be answered are: 1) whether the MMRV vaccination can cause and/or trigger FIRES and do so within 12 to 14 days after vaccination; and 2) whether the symptoms of fever, headache, malaise, and loss of appetite that J.H. experienced were the prodromal symptoms of neuroinflammation or a separate unrelated mild infection.

1. ***Althen* Prongs I and III: The innate immune system remains active in FIRES long after a normal immune system response would have transitioned to an adaptive immune response.**

All the experts agree and the literature supports that FIRES is a dysregulation of the innate immune system, likened to a cytokine storm. They agree J.H. has FIRES. The question is whether the MMRV vaccine can cause or trigger FIRES 10 to 14 days post-vaccination. Although this is *the* question in this case, it was not addressed directly until the hearing and supplemental reports thereafter by Dr. Keller and Dr. Gans.

Dr. Keller agreed that while the adaptive immune response would predominate in normal individuals during the time frame at issue, this is not applicable to FIRES. Pet. Ex. 112 at 2. FIRES is an imbalance between the proinflammatory and anti-inflammatory mediators that start the inflammatory process. This imbalance is followed by an inflammatory storm that influences the cells in the CNS, including neurons, oligodendrocytes, and astrocytes which secrete additional signals that cause excitability of the neurons in the body resulting in refractory status epilepticus. The process causes further mediator expression fueling an ongoing cycle of inflammation and hyperexcitability. Tr. 235; Pet. Ex. 73 at 9. He likened the process to febrile seizures but without the self-perpetuating cycle of an uninterrupted inflammation loop that feeds itself and causes refractory epilepticus. He later clarified that there is no association between febrile seizures and FIRES. Tr. 236, 260.

Dr. Keller asserted that a range of onsets from one to 14 days following a triggering nonspecific febrile illness in FIRES cases have been observed. He argued that, despite the onset range, testing shows negative involvement of the adaptive immune system in FIRES with an absence of autoantibodies and, in most cases, an absence of white blood cell pleocytosis in the CSF. Pet. Ex. 112 at 2; Pet. Ex. 47. Further, FIRES responds poorly to corticosteroids, IVIG, and rituximab, which suggests that the adaptive immune response is not involved. Pet. Ex. 112 at 2;

Pet. Ex. 105. Therefore, "the overlap in time frames between primary adaptive immune response and development of FIRES is irrelevant." Pet. Ex. 112 at 2.

Dr. Keller agreed that normally, signaling of the innate immune system, including production of proinflammatory cytokines like IL-1b, eventually results in clearance of the trigger after down regulation by anti-inflammatory signals. Tr. 567-568; Pet. Ex. 112 at 2. However, even though MMRV is a live attenuated vaccine with decreased virulence, it is still able to establish subclinical infection. Tr. 238-239. Both MMRV vaccine and the wild measles infection generate an immune response and result in cytokines but their pathway through the body is different. Tr. 241. The measles virus induces lymphopenia and Th2 skewing which impairs the body's ability to fight. Tr. 241. T cells generate cytokines to support as well as neutralize the immune response. Tr. 240-241. The vaccine does not cause lymphopenia and Th2 response; it causes a Th 1 response. Tr. 243. A Th1 response is the response to specific lymphocyte immune cells called CD4 T cells which control the adaptive response and generate new memory. The responding CD4 T cells proceed down a specific pathway in terms of the cells they stimulate and the cytokines they produce clearing the body of the infection. Tr. 239-240. The difference between the two is that the live virus pathway through Th2 to CD4 T cells includes different cytokines and targeting T cells induced in the body. When the T cells go down a Th2 path, the same cytokines inhibit the Th1 response resulting in lasting immunosuppression even after the virus is cleared. Tr. 241-242. The cytokines activated in FIRES are Th1. Tr. 243. Dr. Keller detailed what Dr. Gans opined when she explained that immune response following vaccination is "distinct" from that following actual infection. That measles infection produces adaptive immune responses to CD4+, CD8+ T cells, and B cells driven by TH1 predominant cytokine profile, followed by low levels of lymphocytes, which is a TH2 predominant cytokine profile which predisposes to secondary infection. Resp. Ex. D at 8; Resp. Ex. D-10. Vaccine studies only show diminished Th1, with no subsequent lymphopenia or Th2 predominance. Resp. Ex. D at 8; Resp. Exs. D-11, D-12.

*Kathur* evaluated 32 cytokines and chemokines in the CSF of patients with FIRES and FIRES related disorders, febrile status epilepticus, cardiopathy, or encephalitis. The study found that the immune signature of FIRES, FIRES-related disorders, and febrile status epilepticus is different from encephalitis which has an elevation and clustering of a broad array of cytokines and chemokines and suggests activation of both the innate and adaptive inflammatory pathways. FIRES and FIRES-related diseases have prominent elevation and clustering of Th1 cytokines without prominent Th2 B cell or anti-inflammatory T reg response. Tr. 244-245; Resp. Ex. D-8 at 1. The MMRV vaccine induces Th1 family cytokines. Fever is the consequence of systemic elevation of many cytokines including IL-1β. Tr. 245. In short, FIRES activates and elevates proinflammatory cytokines with an absence of anti-inflammatory cytokines.

Dr. Keller discussed *Okada*, relied on by Dr. Gans, which demonstrated the persistence of innate signaling 10 to 14 days post-vaccination based on IL-18 measurements. Pet. Ex. 112 at 2; Resp. Ex. D-12. He also discussed some common pathophysiologic abnormalities between FIRES and HLH, another disease with aberrant innate immune response and elevated cytokines citing *Farias-Moeller*. Tr. 233-235, 261-262; Pet. Ex. 71 at 2; Pet. Ex. 73; Pet. Ex 112 at 2. He discussed the use of Anakinra in FIRES patients as late as 1.5 years after onset. Tr. 562-563; Pet. Ex. 112 at 2; Pet. Ex. 105. He argued this supports excessive innate immune signaling as the major disease contributor to FIRES "regardless of the time frame following the initial trigger." Pet. Ex. 112 at 2.

Dr. Keller expressed his respect for Dr. Gans's research and contributions on the measles vaccine but pointed out that her research includes only normal hosts, not those with imbalances of pro- and anti-inflammatory mediators like FIRES. Thus, relying on what a normal immune response would be is not relevant. "[W]e know that in many of these cases, that IL-1 blockade seems to help[,] . . . IL-1 being . . . a very early classically innate cytokine that's still at play, even weeks in." Even weeks later, if Anakinra is started, it works because the "innate pathways clearly still must be at play ongoing in FIRES cases." Tr. 563. Dr. Keller cited J.H.'s testing in July which showed no adaptive immune activation. *Id.* Although generally lymphocytes from the adaptive immune system occur between one to three weeks, FIRES is not a normal immune response. Tr. 563-564.

Dr. Keller maintained that J.H. suffered the prodromal symptoms of FIRES 10 to 12 days post-MMRV vaccine. Extensive infectious workup ruled out a separate infection. Tr. 250-252, 253, 258-259; Pet. Ex. 110; Pet. Ex. 5 at 10. A live attenuated vaccine constitutes an infection inducing an immune response. Tr. 263. FIRES is a hyperactivation of the innate immune system triggered by the vaccination. Tr. 266. The cytokine storm of FIRES is well described with nonspecific symptoms that are similar to other inflammatory conditions. This is why Dr. Keller discussed HLH: the prodrome looks similar. Tr. 256-257; Pet. Ex. 71 at 4.

Dr. Keller stated that the literature and other testimony in this case supports a two- to 14-day onset following an inciting event that triggers FIRES. Tr. 654. *Kramer* discussed one to 14 days from antecedent trigger to onset of seizure in FIRES. Tr. 559. He agreed that when normal individuals have immune responses to the MMRV vaccine, the events that occur within 10 to 14 days are those of an adaptive response. Tr. 567. But FIRES results from ongoing cytokine production of the innate immune system which remains active. Tr. 567-568. Dr. Gans talks of the timing of when the innate immune system switches to the adaptive immune system, but she never stated when the innate immune system shuts off in FIRES. Tr. 568.

Dr. Keller concluded that the MMRV vaccine received by J.H. activated the innate immune system generating pro-inflammatory cytokines which went unchecked. The onset of the prodromal symptoms of neuroinflammation 10 to 12 days later was followed by the onset of afebrile seizures diagnosed as FIRES. Tr. 559. Further, and importantly, unlike other autoinflammatory conditions, FIRES always has an inciting event. Tr. 561-562. With an infectious process ruled out, there was no other inciting factor but the MMRV vaccination in this case.

Dr. Gans argued that FIRES is a dysregulation of the innate immune system, therefore the MMRV vaccine could not have caused or triggered FIRES 10 to 12 days after vaccination because at that point in time, the adaptive immune system is at play. Tr. 442. She explained the normal response to a foreign antigen wherein the innate immune system produces inflammatory cytokines and chemokines that activate other cells. These cells then release their cytokines in response to the antigen. Anti-inflammatory cytokines are then produced to turn off the pro-inflammatory cytokines. Tr. 454. Cytokines are multifactorial and make IL-1β and T cells including Th1 and Th2 T cells and Th7 follicular T cells all with different profiles and different roles. Tr. 445-455. Homeostasis is the balance between the inciting response and tamping down of that response to avoid tissue damage. FIRES results from a dysregulation of the IL-1-activated proinflammatory cytokines which are not "dampened" down. Tr. 455, 458. Therefore, Dr. Gans stated that the

pathophysiology of FIRES is dysregulation of the innate immune system regardless of the cytokine levels from the vaccine. "What happens in FIRES is you get a trigger. That trigger then causes your immune system to respond. The immune system's off on its own at that point, so it really actually doesn't matter how you would respond to that particular antigen. . . . This is what's called dysregulation." Tr. 534-535; *See also* Tr. 474. It is not the MMR vaccine or the wild type virus that causes FIRES, but they are mechanisms that incite the immune system into doing "its own thing." Tr. 535.

Dr. Gans cited studies showing dysregulation of the innate immune system, specifically IL-1 and IL-1 receptor antagonist in both serum and CSF of FIRES patients and the use of Anakinra, which is an IL-1 antagonist, suggesting that timing of use was important. Tr. 436-437, 438, 439; Pet. Ex. 46; Resp. Ex. D-5. She asserted that, while there is a biological range, FIRES develops close in time to febrile illness, with the mean being four days. Tr. 451-453; Pet. Ex. 47. She pointed to the symptoms that may develop five to 15 days post-measles virus or measles vaccine to show that symptoms are part of the adaptive immune system, and the lag time is due to viral replication that is required for immunity. Tr. 443, 446, 526-527. The fever, febrile seizures, and rashes that arise post-MMRV vaccine correlate with the rise in T cells and the body's clearance of the virus during the adaptive immune process. Tr. 443, 446. She added that live attenuated vaccines are highly effective, but not immunogenic, do not cause wild type virus and are not "equatable" with natural virus. Tr. 474-475. Dr. Gans did not know if J.H.'s nonspecific symptoms were that of an innate or adaptive response but would be an adaptive immune response in relation to the MMR vaccine as they occurred 10 days later. Tr. 451. However, "[t]his is not to say that cytokines and chemokines that are part of the innate immune system are not present at days 7-10 following MMR vaccine, as these are cleared at varying times once stimulated." Resp. Ex. I at 2. She disagreed that the MMRV vaccine could cause or trigger FIRES 10 to 12 days after vaccination. Tr. 437-438, 440-442, 444-445.

Dr. Gans argued that petitioners were conflating the symptoms of FIRES with the symptoms that develop post-MMRV vaccination. Tr. 469-471, 476, 542-544, 552-553. That the Vaccine Injury Table includes swelling, redness, fever, seizures, and rash five to 15 days after MMR vaccine that is explained by an adaptive immune response coinciding with the appearance of T cells and clearance of the virus. Tr. 445, 449, 450, 464-465, 469-471, 476, 542-544, 554. The rash for example is an adaptive immune response with infiltration of CD4 and CD8 T cells into the sites of viral replication and initiation of viral clearance. Tr. 544, 553; Resp. Ex. D-10 at 5, 21. She stated that petitioners' literature confirms this as an adaptive immune response. Tr. 544-545; Pet. Ex. 64. She offered the Pink Book that shows the symptoms post-MMR vaccine and the time frame for a normal response, though the term adaptive immune response is not used. Tr. 545, 551; Resp. Ex. D at 6. She conceded that T cells respond in both the innate and the adaptive immune response and make proinflammatory cytokines, but the inflammation at that point is from the adaptive response. An innate immune response is immediate. Tr. 445, 447, 446, 448. Dr. Gans also agreed that J.H. could potentially have been in a cytokine storm the whole time without symptoms. Tr. 449-450.

Dr. Gans stated that *Fetta* discussed a six-year-old child who developed nonspecific respiratory symptoms, rash, and then FIRES 17 days after MMR and Tdap vaccinations but did not conclude that vaccines can cause FIRES. Pet. Ex. 84. They were studying cannabis use in

FIRES treatment. Tr. 476-478. She added that J.H., like the child in *Fetta*, had a febrile illness two to three days before FIRES, and the 17-day onset following MMRV vaccine was too far out to be an innate response. Tr. 478.

Dr. Gans maintained that FIRES has a preceding infection, regardless of kind, in close proximity to onset that causes innate immune system dysregulation. Symptoms 10 or more days after measles virus or vaccine, including fever, rash, and febrile seizures, involve the adaptive immune system. This would rule out the MMRV vaccine as the cause of FIRES in this case. Dr. Gans posited that it makes no pathological sense and there is no evidence to support MMRV vaccine causing FIRES over 10 days post-vaccination. Tr. 484-487, 491-492, 541, 546-547. She initially did not dispute the biologic plausibility that MMRV could cause FIRES but later stated that science and pathophysiology do not support a vaccine as a trigger. “It’s not because I don’t think it causes all these neurologic things. I’m saying in this particular type of syndrome, FIRES, the pathophysiology is wrong.” Tr. 548. J.H.’s symptoms two days prior to his onset of FIRES were the trigger for an innate immune event with dysregulation. Tr. 492, 541, 548, 547. She agreed there are illnesses with longer lag times like mycoplasma pneumonia or adenovirus, but measles is not one. Tr. 549-550. However, she did not know if wild infection with measles, mumps, rubella, or varicella could cause FIRES. Tr. 541-542. She added that this being J.H.’s second MMR vaccine, it was even less likely the cause because adverse events are less likely after the second vaccine, although that would not completely rule out a vaccine-induced response. Tr. 472-473, 537-538.

There is no dispute that FIRES is a prolonged and continuing activation of the innate immune system with proinflammatory cytokines that proliferate and continue unchecked resulting in brain inflammation and refractory status epilepticus. MMRV vaccine is a live attenuated vaccine that triggers the immune system. Normally, the process following vaccination would result in immunity without event. However, Dr. Gans described the process best when she stated with FIRES there is a dysregulation where IL-1-activated proinflammatory cytokines are not dampened down. Therefore, the pathophysiology of FIRES is a dysregulation of the innate immune system regardless of the cytokine levels from the vaccine: “What happens in FIRES is you get a trigger. That trigger then causes your immune system to respond. The immune system’s off on its own at that point, so it really actually doesn’t matter how you would respond to that particular antigen. . . This is what’s called dysregulation.” Tr. 534-535; *see also* Tr. 455, 458, 474. FIRES is therefore not directly caused by either a vaccine or a wild infection, but by a dysregulated immune response to an infectious trigger, like a vaccine or wild infection. Although Dr. Gans continued to argue that symptoms arising 10 to 14 days post-vaccination would be the result of the adaptive immune system, she conceded: “This is not to say that cytokines and chemokines that are part of the innate immune system are not present at days 7-10 following MMR vaccine, as these are cleared at varying times once stimulated.” Resp. Ex. I at 2. Dr. Gans also agreed that J.H. could potentially have been in a cytokine storm the whole time without symptoms, though she could not say how that would be the case. Tr. 449-450.

J.H. was a normal healthy four-and-a-half-year-old child until he received vaccinations on May 29, 2018. In opining that the MMRV vaccine could not have triggered FIRES 10 to 14 days post-MMR vaccination, Dr. Gans focused on a normal immune response. This, despite her reports, testimony, and cited literature in which she discussed FIRES as an imbalance of proinflammatory

and anti-inflammatory cytokines leading to an unopposed pathologic inflammatory state. Tr. 534-535; Resp. Ex. D at 6, 7; Pet. Exs. 30, 35, 46; Resp. Exs. D-5, D-8. That the pathophysiology of FIRES is a dysregulation of the immune system so "[I]t doesn't matter what the cytokine levels from the vaccine are. . . . [I]t really actually doesn't matter how you would respond to that particular antigen." Tr. 534-535. It is the mechanism, not what incites the immune system that matters. Tr. 535. Dr. Gans seems to have lost sight of a crucial fact: FIRES results from an aberrant innate immune response where proinflammatory cytokine production goes unchecked; until or unless it is shut down, the proinflammatory cytokine proliferation continues. Therefore, the time frame for a normal immune response is irrelevant. Her attempt to transmute the effects of the MMRV vaccine on a normally functioning immune system into a reliable and persuasive argument against the MMRV vaccine being the trigger for FIRES in this case is unpersuasive. *See Palattao v. Sec'y of Health & Hum. Servs.*, No. 13-591V, 2019 WL 989380, at *36 (Fed. Cl. Spec. Mstr. Feb. 4, 2019) ("[C]laimants cannot transmute scientific evidence exploring how vaccines normally function in the immune system into a reliable and persuasive causation theory that *any* vaccine can be pathogenic without a more specific showing that applies to the circumstances at hand.").

All agree FIRES is a hyperactive and unimpeded innate immune system activation following a trigger. All agree that an immunological trigger incites FIRES, with Dr. Kruer stating that vaccines could not be excluded. Pet. Ex. 19 at 4; Resp. Ex. F at 2; Resp. Ex. G at 5. The nature of FIRES makes the time frame associated with "normal" immune response irrelevant. An onset of FIRES one to 14 days post-trigger is supported by the literature and what is known of the pathophysiology of FIRES. The live attenuated MMRV vaccine follows the course of a live virus due to the need for viral replication; being an attenuated virus, the process takes a bit longer. Tr. 443, 446, 526-527. Extensive testing ruled out separate infection, leaving the MMRV vaccine as the trigger that initiated J.H.'s immune response. The prodromal symptoms of brain inflammation including mild fever, headache, malaise, and loss of appetite 10 to 12 days post-vaccination and onset of afebrile refractory seizures 14 days post-MMRV vaccination is supported by testimony and the literature.

Petitioner has satisfied *Althen* Prongs I and III.

**2. *Althen* Prong II: Mild fever, headache, malaise, and loss of appetite are the nonspecific prodromal symptoms of neuroinflammation preceding the onset of FIRES.**

Dr. Gaitanis asserted, and the medical record supported, that J.H. suffered from "nonspecific" symptoms of mild fever, not eating much and being sleepy. "Nonspecific" refers to a variety of causes. He was then found unresponsive with urinary and bowel incontinence. Tr. 22, 35-40, 128-133. In Dr. Gaitanis's experience treating FIRES patients, these nonspecific symptoms of fever, malaise, fatigue, decreased appetite, and headache one to two days prior to seizures are the common prodromal symptoms of FIRES. Tr. 40-41. These symptoms are due to FIRES being a hyperinflammatory disorder of the brain which was triggered by the MMRV vaccine. Tr. 41-43, 44-46, 47-50; Pet. Ex. 110. These symptoms were "clear indicators" of brain inflammation. Tr. 47.

Despite some inconsistencies in the reporting of J.H's six-year-old brother, his mother, and his father, Dr. Gaitanis maintained there was no hiatus in J.H's symptoms before the onset of

seizures as suggested by Dr. Gans. Tr. 50-51, 183. Giving a child acetaminophen, a weak anti-inflammatory, will lower fever and make the child feel better, which accounts for J.H.'s father reporting that he was improving while his mom reported that J.H. still was not eating or behaving like himself. Dr. Muscal wrote that the fever abated with Tylenol, but the headache continued as did the malaise and loss of appetite. Tr. 183-184; Pet. Ex. 7 at 405. This is the presentation of an unwell child with FIRES. Tr. 185, 186-188.

Further, Dr. Gaitanis asserted that extensive infectious workup was negative. Tr. 185-186. The viral respiratory panel was negative. CSF testing was negative for meningitis and encephalitis. PCR testing for various forms of meningoencephalitis was negative. Urine and blood cultures close in time to the initial symptoms showed no active or acute infection. Tr. 53-54. While viral testing can never definitively rule out every possible potential virus, it is likely that had an infection existed, it would have shown up on testing. Positive CSF testing would have resulted in a diagnosis of meningitis or encephalitis which also causes refractory epilepsy but from direct invasion of the brain rather than the brain inflammation seen in FIRES. Tr. 54-55, 186-187. Symptoms of viral upper respiratory illness localize to sore throat, cough, or congestion, notably absent here in the record. Tr. 57. FIRES presents with "nonspecific" symptoms. Tr. 188-189. The MMRV vaccine is a live attenuated virus and can serve as the "infection" that precedes FIRES. Tr. 58, 209-210, 139-140. Even if an infection had been found, the MMRV vaccine would still be in the causal mix based on the time course and pathophysiology of FIRES; a second infection would explain why the reaction was so pronounced. Tr. 207-208, 139; Pet. Ex. 77 at 3. Dr. Gaitanis concluded that the nonspecific symptoms of mild fever, headache, malaise, and lack of appetite followed by the onset of seizures were the prodromal symptoms of the aberrant hyperinflammatory response of FIRES. The fever was not the inciting event but a symptom of the inflammation. Tr. 141-142, 132.

Dr. Keller also asserted that fever, malaise, headache, neckache, and fatigue were prodromal symptoms of FIRES. Tr. 250-251, 258; Pet. Ex. 110. The vomiting and incontinence on the day of the seizures were the result of seizures. Tr. 251-252. J.H.'s seizures were afebrile. Tr. 259. Dr. Keller asserted that fever is a consequence of systemic elevation of cytokines. Tr. 245. The cytokine response to live vaccinations takes slightly longer than the natural virus and has been shown to peak at around 10 days. Tr. 246-247; Pet. Ex. 29. *Okada*, which Dr. Gans relied on to show that the cytokine response to vaccination is more muted when compared to wild virus, studied only six cytokines on a normal population and was therefore incomplete. Tr. 248.

Dr. Keller agreed that most FIRES patients do not present with an identified pathogen. However, an extensive infectious workup covering the vast majority of circulating viruses and pathogens in a child of J.H.'s age for that time of the year was performed and was negative. Tr. 259, 253; Pet. Ex. 5 at 10. He agreed further testing could always be done but the result would have been of little value. Tr. 253. He noted that J.H. had a mildly low white blood cell count of 4.82 on a range of 5.5 to 15.5 but the treaters did not note any concern. Tr. 255; Pet. Ex. 5 at 23.

Dr. Keller concluded that J.H.'s nonspecific symptoms were caused by inflammation from the cytokine storm that is FIRES. Tr. 256. There was no infectious process found. While acknowledging that a live attenuated vaccine like MMRV vaccine is not the same as a wild infection, Dr. Keller asserted that it still constitutes an infection and results in the induction of an immune response. The elevated cytokines following the live attenuated MMRV vaccine fits well

with J.H.'s onset of FIRES. Tr. 256-257, 559; Pet. Ex. 71 at 4. Dr. Keller added that large studies show that FIRES always has an inciting event. Tr. 561-562.

Dr. Kruer stated that FIRES strikes previously healthy children and is associated with a prodromal fever two to 14 days before onset of seizures with nonspecific symptoms including anorexia, malaise, headache, change in behavior, eating less, and being less active. While some improve, others continue to have fever. All progress to refractory seizures and weeks or months of status epilepticus with a high rate of neurologic complications including intellectual disability and refractory epilepsy. Tr. 321, 324. Whether J.H.'s symptoms resolved prior to onset of seizures is irrelevant; everyone agrees he has FIRES. Tr 323-324. He had fever and nonspecific symptoms, which could either indicate infection or "could have been indicative of developing inflammation." But he had the prodrome of FIRES and ultimately developed FIRES. Tr. 367-368, 384, 370, 388. The reason Dr. Gaitanis did not comment on Dr. Gans's opinion of an unrelated infection is because the presence or absence of an infection was not critical to diagnosing J.H.'s FIRES. Tr. 388, 389.

Dr. Gans argued that the majority of FIRES patients have preceding nonspecific febrile illness. J.H. "fits so beautifully" into textbook FIRES. Tr. 409-412, 414-415; Pet. Exs. 29, 47. She added that children will not specify illness; they tell you they have pain. J.H. had fever, malaise, myalgia, and was "definitely anorexic," which is the first sign of infection. Tr. 415-416, 431-432, 502, 509-510; Resp. Ex. D at 5. Dr. Gans argued that there was a hiatus or resolution of symptoms before J.H. developed seizures because his mother and father reported that he was fine before admission and his fever had resolved. Tr. 503, 509-510; Resp. Ex. G at 3. She did not recall if his poor appetite, malaise, and myalgia also resolved, but this is the pattern for FIRES. Tr. 503-504, 509-510. She could not say this period of wellness was evidence of an infectious process, but that the early stages of neurologic inflammatory symptoms do not get better. Tr. 506; Resp. Ex. G at 4. Dr. Gans argued that J.H.'s pattern suggested an isolated infectious event that preceded FIRES, with a transient period between fever, nonspecific illness symptoms, and the onset of status epilepticus. Tr. 507 -508.

Dr. Gans deferred to the neurologists on brain inflammation but then agreed vomiting and not feeling well could be from brain pathology. Tr. 516. She agreed CNS inflammation likely precedes seizure development and before J.H. seized he had an inflammatory activation in his CNS. Tr. 517-518. She disagreed with both Drs. Gaitanis and Kruer that J.H.'s nonspecific symptoms were consistent with brain inflammation known to precede an initial seizure in FIRES. Tr. 518-519. She argued that a specific infectious organism does not need to be isolated to prove infection. J.H. had nonspecific symptoms and his parents reported that he had improved at one point, consistent with the nonspecific infection that precedes the onset of seizures in FIRES. Tr. 520-521. Even if the Special Master were to find that there was no hiatus in symptoms, she would argue that the nonspecific symptoms were explained by brain inflammation "highly associated with an infection." Tr. 521-522. She maintained that, despite the negative viral panel, J.H.'s presentation was consistent with FIRES with a nonspecific febrile illness presenting prior to onset of intractable status epilepticus. Tr. 424, 428. The negative infectious workup does not rule out an infectious source. Tr. 427-428, 430; Resp. G-1.

Finally, Dr. Gans argued that whether J.H. had an infection or not is irrelevant because FIRES is a dysregulation of the innate immune system. By 10 to 14 days after the MMRV vaccine, the adaptive immune response would be at play. The febrile seizures and rashes seen five to 15 days after MMRV vaccine reflected on the Vaccine Injury Table correlate with a rise in T cells, at which point the virus is being cleared which is an adaptive immune response. Tr. 442-443, 445, 450-451, 464-465, 483-486, 542-545; Resp. Ex. D-10 at 5, 21; Pet. Ex 64.

To summarize the foregoing, all the experts agree that FIRES strikes previously healthy children, Pet. Ex. 71 at 2, and is associated with a prodromal fever two to 14 days before onset of seizures with nonspecific symptoms including anorexia, malaise, headache, change in behavior, eating less, and being less active, Tr. 321, 324. The fever may or may not continue, there may or may not be improvement, but regardless, these children progress to refractory seizures, weeks and months of status epilepticus, and a high rate of neurologic complications including intellectual disability and refractory epilepsy. An infection, if present, may or may not be identified. Tr. 321, 324.

Drs. Gaitanis, Keller, and Kruer agree that J.H.'s nonspecific symptoms of fever, headache, malaise, and eating less were the prodromal symptoms of the neuroinflammation of the brain and FIRES. Tr. 40-41, 367-368, 384, 370, 388, 559. Dr. Gans disagreed, maintaining that the symptoms were an unidentified infection even though no infection was found. Dr. Keller argued that extensive testing ruled out bacterial, viral, and fungal infections typical in children of that age at that time of the year. Dr. Gans ultimately acquiesced, stating that unless testing showed encephalitis or other illness that needed to be treated, further testing would not matter or change treatment. But she maintained FIRES is preceded by infection, therefore J.H. had an infection and the vaccine played no part in his FIRES.

With the agreement of three of the four experts in this case, I conclude that J.H.'s nonspecific symptoms of fever, headache, malaise, lack of appetite, and not acting like himself 10 to 12 days post-vaccination were consistent with the prodromal symptoms caused by neuroinflammation of the brain prior to the onset of seizures in FIRES. There is no persuasive evidence of infection.

Petitioner has satisfied *Althen* Prong II.

## VIII. Conclusions

Petitioners have met all three prongs of *Althen.* There is no dispute and the evidence establishes that FIRES is a hyperinflammatory state with the pathophysiology being a vicious cycle of inflammation, resulting in brain inflammation, status epilepticus, and ongoing active inflammatory pathways. Tr. 42, 44-46, 81, 133-145, 155-159; 203-204, 216; Pet. Exs. 26, 27, 29 45, 92, 104; Pet. Ex. 105 at 5. Sufficient evidence has been offered to establish that mild febrile infection or antigen exposure can cause FIRES in a susceptible or predisposed child. Pet. Exs. 21, 28, 105. The live attenuated MMRV vaccine acts like an infection, even if to a milder extent, as Dr. Gans stated, once the immune system is triggered, the mechanism takes over fueling inflammation and resulting in FIRES. Tr. 71-73, 77-80, 121-122, 135-136; 139-140, 182, 206; Pet. Ex. 19; Pet. Exs. 26, 29.

Dr. Kruer noted that the literature does not refer to vaccines one way or the other as a cause of FIRES but stated: "I think that FIRES can be associated with vaccines." He continued that while the science is currently inadequate to firmly link FIRES to vaccination, the inverse is also true. Tr. 325-327, 357-358, 380. Dr. Kruer agreed it was theoretically possible that vaccines could be associated with FIRES, but the connection has not been scientifically demonstrated other than by temporal association. Tr. 391; Resp. Ex. A at 4. Live attenuated vaccines can more logically be implicated. But, according to Dr. Gaitanis, FIRES being a rare condition, "it's frankly hard to know the full spectrum of vaccinations that may be potential triggers." Tr. 190.

There is sufficient support found in evidence offered in this case that a live attenuated vaccine, such as MMRV vaccine, could provoke a cytokine-driven mechanism applicable to the development of FIRES in a susceptible child. The immunological source, potential for genetic predisposition, and inflammatory process is undisputed. Tr. 323-325, 333, 335, 388-389, 573.

As already concluded, J.H. did not have a separate infection but rather had the prodromal symptoms of neuroinflammation 10 to 12 days post-vaccination which culminated in the onset of refractory status epilepticus or FIRES. Further, FIRES by its very nature is the result of unabated proinflammatory cytokines that continue for days, weeks, and even months before some control is reached resulting in devastating and permanent injury as seen in J.H. Tr 576-77; Pet. Ex. 105; Resp. Ex. D-12; Pet. Ex. 22. Therefore, the onset of 10 to 12 days post-vaccination is medically appropriate.

Upon careful evaluation of all the evidence submitted in this matter, including the medical records, the testimony of petitioners and the experts, and the experts' opinions and medical literature, I find that petitioners have shown entitlement to compensation under the Vaccine Act. Accordingly, this matter shall proceed to damages.

**IT IS SO ORDERED**.

**s/ Mindy Michaels Roth**
Mindy Michaels Roth
Special Master

**Appendix: Medical Literature**

| Exhibit | Citation |
|---|---|
| Pet. Ex. 21 | Andreas van Baalen et al., *Febrile Infection–Related Epilepsy Syndrome (FIRES): A Nonencephalitic Encephalopathy in Childhood*, 51 Epilepsia 1323 (2010). |
| Pet. Ex. 22 | William E. Barlow et al., *The Risk of Seizures After Whole-Cell Pertussis or Measles, Mumps, and Rubella Vaccine*, 345 NEJM 656 (2001). |
| Pet. Ex. 23 | Roberto H. Caraballo et al., *Febrile Infection-Related Epilepsy Syndrome: A Study of 12 Patients*, 22 Seizure 553 (2023). |
| Pet. Ex. 24 | Celine Dubé et al., *Interleukin-1β Contributes to the Generation of Experimental Febrile Seizures*, 57 Annals of Neurology 152 (2005). |
| Pet. Ex. 25 | Michael J. Zilliox et al., *Gene Expression Patterns in Dendritic Cells Infected with Measles Virus Compared with Other Pathogens*, 103 Proc. Nat'l Acad. Sci. USA 3363 (2006). |
| Pet. Ex. 26 | Bjarke Feenstra et al., *Common Variants Associated with General and MMR Vaccine Related Febrile Seizures*, 46 Nature Genetics 1274 (2014). |
| Pet. Ex. 27 | Rima Nabbout et al., *Efficacy of Ketogenic Diet in Severe Refractory Status Epilepticus Initiating Fever Induced Refractory Epileptic Encephalopathy in School Age Children (FIRES)*, 51 Epilepsia 2033 (2010). |
| Pet. Ex. 28 | Rima Nabbout et al., *Acute Encephalopathy with Inflammation-Mediated Status Epilepticus*, 120 Lancet Neurology 99 (2011). |
| Pet. Ex. 29 | Nicolas Gaspard et al., *New-Onset Refractory Status Epilepticus (NORSE) and Febrile Infection–Related Epilepsy Syndrome (FIRES): State of the Art and Perspectives*, 59 Epilepsia 745 (2018). |
| Pet. Ex. 30 | Hiroshi Sakuma et al., *Intrathecal Overproduction of Proinflammatory Cytokines and Chemokines in Febrile Infection-Related Refractory Status Epilepticus*, 86 J of Neurology, Neurosurgery, and Psychology 820 (2015). |
| Pet. Ex. 31 | Kyungmin Kim et al., *Analysis of Plasma Multiplex Cytokines and Increased Level of IL-10 and IL-1Ra Cytokines in Febrile Seizures*, 14 J of Neuroinflammation 200 (2017). |
| Pet. Ex. 32 | Seham F. Azab et al., *Serum and CSF Adiponectin, Leptin, and Interleukin 6 Levels as Adipocytokines in Egyptian Children with Febrile Seizures: A Cross-Sectional Study*, 42 Italian J of Pediatrics 38 (2016). |
| Pet. Ex. 33 | Allan V Kalueff et al., *Intranasal Administration of Human IL-6 Increases the Severity of Chemically Induced Seizures in Rats*, 365 Neuroscience Letters 106 (2004). |
| Pet. Ex. 34 | James G. Heida et al., *The Role of Interleukin-1β in Febrile Seizures*, 31 Brain Development 388 (2009). |
| Pet. Ex. 35 | M. Saitoh et al., *Cytokine-Related and Sodium Channel Polymorphism as Candidate Predisposing Factors for Childhood Encephalopathy FIRES/AERRPS*, 368 J of the Neurological Scis. 272 (2016). |

| | |
|---|---|
| Pet. Ex. 36 | Sevim Şahin et al., *Reduced Cerebrospinal Fluid Levels of Interleukin-10 in Children with Febrile Seizures*, 65 Seizure: European J of Epilepsy 94 (2019). |
| Pet. Ex. 37 | Daniel L. Kenney-Jung et al., *Super-Refractory Status Epilepticus and Febrile Infection-Related Epilepsy Syndrome Treated with Anakinra*, 80 Annals of Neurology 939 (2016). |
| Pet. Ex. 38 | Suvasini Sharma & Russell C. Dale, *Acute Disseminated Encephalomyelitis, in* Acute Encephalopathy and Encephalitis in Infancy and Its Related Disorders (2018). |
| Pet. Ex. 42 | Yi-Chen Lai et al., *Anakinra Usage in Febrile Infection Related Epilepsy Syndrome: An International Cohort*, 7 Annals of Clinical and Translational Neurology 2467 (2020). |
| Pet. Ex. 43 | Robertino Dilena et al., *Therapeutic Effect of Anakinra in the Relapsing Chronic Phase of Febrile Infection–Related Epilepsy Syndrome*, 4 Epilepsia Open 344 (2019). |
| Pet. Ex. 44 | Daniel L. Kenney-Jung et al., *Super-Refractory Status Epilepticus and Febrile Infection-Related Epilepsy Syndrome Treated with Anakinra*, 80 Annals of Neurology 939 (2016). |
| Pet. Ex. 45 | William B. Gallentine et al., *Plasma Cytokines Associated with Febrile Status Epilepticus in Children: A Potential Biomarker for Acute Hippocampal Injury*, 58 Epilepsia 1102 (2017). |
| Pet. Ex. 46 | Benjamin D.S. Clarkson et al., *Functional Deficiency in Endogenous Interleukin-1 Receptor Antagonist in Patients with Febrile Infection-Related Epilepsy Syndrome*, 85 Annals of Neurology 526 (2019). |
| Pet. Ex. 47 | Uri Kramer et al., *Febrile Infection-Related Epilepsy Syndrome (FIRES): Pathogenesis, Treatment, and Outcome A Multicenter Study on 77 Children*, 52 Epilepsia 1956 (2011). |
| Pet. Ex. 52 | Jung-Ick Byun et al., *Distinct Intrathecal Interleukin-17/Interleukin-6 Activation in Anti-N-methyl-D-aspartate Receptor Encephalitis*, 297 J of Neuroimmunology 141 (2016). |
| Pet. Ex. 53 | D. Caputo et al., *Febrile Infection-Related Epilepsy Syndrome (FIRES) with Super-Refractory Status Epilepticus Revealing Autoimmune Encephalitis Due to* $GABA_AR$ *Antibodies*, 22 European J of Paediatric Neurology 182 (2018). |
| Pet. Ex. 61 | Mar Petit-Pedrol et al., *Encephalitis with Refractory Seizures, Status Epilepticus, and Antibodies to the* $GABA_A$ *Receptor: A Case Series, Characterisation of the Antigen, and Analysis of the Effects of Antibodies*, 13 Lancet Neurology 276 (2014). |
| Pet. Ex. 64 | *Measuring the Healthy Pediatric Inflammatory Response to Vaccination*, Mayo Clinic (last updated Jan. 22, 2026), https://clinicaltrials.gov/study/NCT04112355. |
| Pet. Ex. 72 | Annaliesse Blincoe et al., *Neuroinflammatory Disease As an Isolated Manifestation of Hemophagocytic Lymphohistiocytosis*, 40 J of Clinical Immunology 901 (2020). |

| | |
|---|---|
| Pet. Ex. 73 | Raquel Farias-Moeller et al., *Fueling the FIRES: Hemophagocytic Lymphohistiocytosis in Febrile Infection-Related Epilepsy Syndrome*, 59 Epilepsia 1753 (2018). |
| Pet. Ex. 74 | L.R. Feldstein et al., *Multisystem Inflammatory Syndrome in U.S. Children and Adolescents*, 383 NEJM 334 (2020). |
| Pet. Ex. 75 | Marie-Lisa Hieber et al., *Hemophagocytic Lymphohistiocytosis After SARS-CoV-2 Vaccination*, 50 Infection 1399 (2022). |
| Pet. Ex. 76 | Tesshu Otagiri et al., *Haemophagocytic Lymphohistiocytosis Following Measles Vaccination*, 161 European J of Pediatrics 494 (2002). |
| Pet. Ex. 78 | Solani Advani et al., *Detecting Respiratory Viruses in Asymptomatic Children,* 31 Pediatric Infectious Diseases J 1221 (2012). |
| Pet. Ex. 79 | Yasser Aladdin & Bader Shirah, *New-Onset Refractory Status Epilepticus Following the ChAdOx1 nCoV-19 Vaccine*, 357 J of Neuroimmunology 577629 (2021). |
| Pet. Ex. 81 | Julienne E. Bower & Donald M. Lamkin, *Inflammation and Cancer-Related Fatigue: Mechanisms, Contributing Factors, and Treatment Implications*, 30 Brain, Behavior, and Immunity S48 (2013). |
| Pet. Ex. 82 | Thea Brennan-Krohn, *Making Sense of Respiratory Viral Panel Results,* American Society of Microbiology (published Mar. 2, 2020), https://asm.org/articles/2020/march/making-sense-of-respiratory-viral-panel-results. |
| Pet. Ex. 83 | Magnus Brink et al., *Time Window for Positive Cerebrospinal Fluid Broad Range Bacterial PCR and Streptococcus Pneumoniae Immunochromatographic Test in Acute Bacterial Meningitis*, 47 Infectious Diseases 869 (2015). |
| Pet. Ex. 84 | Anna Fetta et al., *Cannabidiol in the Acute Phase of Febrile Infection-Related Epilepsy Syndrome (FIRES)*, 8 Epilepsia Open 685 (2023). |
| Pet. Ex. 85 | John Gaitanis & Tomo Tarui, *Nervous System Malformations*, 24 Continuum 72 (2018). |
| Pet. Ex. 86 | Nicolas Gaspard et al., *New-Onset Refractory Status Epilepticus: Etiology, Clinical Features, and Outcome*, 85 Neurology 1604 (2015). |
| Pet. Ex. 87 | Lawrence J. Hirsch, *Proposed Consensus Definitions for New-Onset Refractory Status Epilepticus (NORSE), Febrile Infection-Related Epilepsy Syndrome (FIRES), and Related Conditions*, 59 Epilepsia 739 (2018). |
| Pet. Ex. 88 | Rahime Kılıç et al., *New Onset Refractory Status Epilepticus After BNT162b2 nCoV-19*, 3 J of Clinical Images and Medical Case Reports 1. |
| Pet. Ex. 89 | L. La Mantia & A. Erbetta, *Headache and Inflammatory Disorders of the Central Nervous System*, 25 Neurological Sci. S148 (2004). |
| Pet. Ex. 90 | Julie Lasselin et al., *Fatigue Symptoms Relate to Systemic Inflammation in Patients with Type 2 Diabetes*, 26 Brain, Behavior, and Immunity 1211 (2012). |
| Pet. Ex. 91 | Ophélia Le Thuc et al., *Hypothalamic Inflammation and Energy Balance Disruptions: Spotlight on Chemokines*, 8 Frontiers in Endocrinology 1 (2017). |

| | |
|---|---|
| Pet. Ex. 92 | Yun-Jin Lee, *Febrile Infection-Related Epilepsy Syndrome: Refractory Status Epilepticus and Management Strategies*, 28 Annals of Child Neurology 8 (2020). |
| Pet. Ex. 94 | Samir K. Saha et al., *Rapid Diagnosis of Pneumococcal Meningitis: Implications for Treatment and Measuring Disease Burden*, 24 Pediatric Infectious Disease J 1093 (2005). |
| Pet. Ex. 96 | You-Jiang Tan et al., *New-Onset Refractory Status Epilepticus After First Dose of Tozinameran*, 27 Neurology Asia 771 (2022). |
| Pet. Ex. 97 | Jana Werner et al., *New-Onset Refractory Status Epilepticus Due to Autoimmune Encephalitis After Vaccination Against SARS-CoV-2: First Case Report*, 13 Frontiers in Neurology 946644 (2022). |
| Pet. Ex. 103 | C.R. Simpson et al., *First-Dose ChAdOx1 and BNT162b2 COVID-19 Vaccines and Thrombocytopenic, Thromboembolic and Hemorrhagic Events in Scotland*, 27 Nature Medicine 1290 (2021). |
| Pet. Ex. 104 | Ronny Wickström et al., *International Consensus Recommendations for Management of New Onset Refractory Status Epilepticus (NORSE) Including Febrile Infection-Related Epilepsy Syndrome (FIRES): Summary and Clinical Tools*, 63 Epilepsia 2827 (2022). |
| Pet. Ex. 105 | Ronny Wickstrom et al., *International Consensus Recommendations for Management of New Onset Refractory Status Epilepticus Including Febrile Infection-Related Epilepsy Syndrome: Statements and Supporting Evidence*, 63 Epilepsia 2840 (2022). |
| Pet. Ex. 106 | N. Gaspard et al., *NORSE (Including FIRES) Diagnostic Evaluation*, NORSE Institute (last updated Sept. 3, 2020), https://www.norseinstitute.org/resource-library/suggested-diagnostic-evaluation-for-norse-and-fires-updated-2020. |
| Pet. Ex. 108 | *NORSE (New Onset Refractory Status Epilepticus) and FIRES (Febrile Infection-Related Epilepsy Syndrome)*, National Organization for Rare Disorders (last updated Oct. 20, 2020), https://rarediseases.org/rare-diseases/new-onset-refractory-status-epilepticus-norse/. |
| Resp. Ex. A-2 | Marianna S. Rivas-Coppola et al., *Chronological Evolution of Magnetic Resonance Imagine Findings in Children with Febrile Infection-Related Epilepsy Syndrome*, 55 Pediatric Neurology 22 (2016). |
| Resp. Ex. A-3 | Andreas van Baalen et al., *Febrile Infection–Related Epilepsy Syndrome: Clinical Review and Hypotheses of Epileptogenesis*, 48 Neuropediatrics 5 (2017). |
| Resp. Ex. A-4 | Julie Krainer et al., *Systemic Autoinflammatory Diseases*, 109 J of Autoimmunity 102421 (2020). |
| Resp. Ex. A-5 | Ingo Helbig et al., *Whole-Exome and HLA Sequencing in Febrile Infection-Related Epilepsy Syndrome*, 7 Annals of Clinical and Translational Neurology 1429 (2020). |
| Resp. Ex. C-1 | Divyanshu Dubey et al., *Autoimmune Encephalitis Epidemiology and a Comparison to Infectious Encephalitis*, 83 Annals of Neurology 166 (2018). |
| Resp. Ex. C-6 | Rezvan Rostami et al., *Brain Metastasis in Breast Cancer: A Comprehensive Literature Review*, 127 J of Neurooncology 407 (2016). |

| | |
|---|---|
| Resp. Ex. C-7 | Chunli Tan et al., *Cytokine-Mediated Therapeutic Resistance in Breast Cancer*, 108 Cytokine 151 (2018). |
| Resp. Ex. C-8 | Burkhard Becher et al., *Antigen Presentation in Autoimmunity and CNS Inflammation: How T Lymphocytes Recognize the Brain*, 84 J of Molecular Medicine 532 (2006). |
| Resp. Ex. D-3 | Sophia Bakhtadze et al., *Vaccination in Acute Immune-Mediated/Inflammatory Disorders of the Central Nervous System*, 34 European J of Paediatric Neurology 118 (2021). |
| Resp. Ex. D-5 | Sookyong Koh et al., *Proposal to Optimize Evaluation and Treatment of Febrile Infection-Related Epilepsy Syndrome (FIRES): A Report from FIRES Workshop*, 6 Epilepsia Open 62 (2021). |
| Resp. Ex. D-8 | Kavitha Kothur et al., *Etiology is the Key Determinant of Neuroinflammation in Epilepsy: Elevation of Cerebrospinal Fluid Cytokines and Chemokines in Febrile Infection-Related Epilepsy Syndrome and Febrile Status Epilepticus*, 60 Epilepsia 1678 (2019). |
| Resp. Ex. D-10 | Diane E. Griffin, *Measles Virus-Induced Suppression of Immune Responses*, 236 Immunology Rev. 176 (2010). |
| Resp. Ex. D-11 | Hayley Gans et al., *Measles-Containing Vaccination Resulted in a Balanced Cytokine Profile Without Evidence of Immunosuppression in Healthy 12-Month-Old Children*, 6 Open Forum Infectious Diseases S927 (2019). |
| Resp. Ex. D-12 | H. Okada et al., *Comparative Analysis of Host Responses Related to Immunosuppression Between Measles Patients and Vaccine Recipients with Live Attenuated Measles Vaccines*, 146 Archives of Virology 859 (2001). |
| Resp. Ex. G-1 | Peter G.E. Kennedy et al., V*iral Encephalitis of Unknown Cause: Current Perspective and Recent Advances*, 9 Viruses 138 (2017). |
| Resp. Ex. G-2 | Ravi Jhaveri & Eugene D. Shapiro, *Fever Without Localizing Signs*, 18 Principles and Practice of Pediatric Infectious Diseases 115 (2017). |